## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BELLE FOODS, LLC, | ) | Chapter 11 |
| | ) | Case No. 13-81963-JAC11 |
| Debtor. | ) | |

### NOTICE OF WEBSITE CONTAINING
### DOCUMENTS PERTINENT TO DEBTOR'S CASE

**TO CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Belle Foods, LLC, as debtor and debtor in possession ("Debtor") has, as ordered by the Bankruptcy Court in its *Order Establishing Omnibus Hearing Dates And Certain Notice, Case Management And Administrative Procedures* (Doc. No. 55), established a website located at http://www.burr.com/Public-Record/Belle-Foods-LLC (the "Website"). The Website contains documents pertinent to Debtor's case, including the Master Service List. All documents contained on the Website may be viewed free of charge.

/s/ Brent W. Dorner
D. Christopher Carson
Marc P. Solomon
Brent W. Dorner

Attorneys for Debtor
BELLE FOODS, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

2102937 v1

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document upon the attached Master Service List by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on this the 11th day of July, 2013.

      /s/ Brent W. Dorner
      OF COUNSEL

**VIA ECF:**

| | |
|---|---|
| Richard Blythe<br>Bankruptcy Administrator<br>United States Bankruptcy Court<br>Northern District of Alabama<br>P.O. Box 3045<br>Decatur, AL  35602<br>Richard_Blythe@alnba.uscourts.gov | Counsel for the Debtor Belle Foods, LLC<br>D. Christopher Carson<br>Marc P. Solomon<br>Brent W. Dorner<br>Burr & Forman LLP<br>420 N 20th Street, Suite 3400<br>Birmingham, AL 35203<br>ccarson@burr.com<br>msolomon@burr.com<br>bdorner@burr.com |
| Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.<br>David K. Bowsher<br>Richard P. Carmody<br>Russell J. Rutherford<br>Adams and Reese LLP<br>1901 6th Avenue North, Suite 3000<br>Birmingham, AL 35023<br>david.bowsher@arlaw.com<br>richard.carmody@arlaw.com<br>russell.rutherford@arlaw.com | Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.<br>Richard S. Cobb<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE  19899<br>cobb@lrclaw.com |
| Counsel for Mrs. Stratton's Salads, Inc., BTC Wholesale Distributors, Inc., Southern Food Groups, LLC (d/b/a Brown's Dairy), Purity Dairies, LLC, Dean Dairy Holdings, LLC (d/b/a Barber Dairies) and Mayfield Dairy Farms, LLC<br>Stephen B. Porterfield<br>SIROTE & PERMUTT, P.C.<br>2311 Highland Avenue South<br>Birmingham, AL 35205<br>sporterfield@sirote.com | Counsel for Aronov Realty Management, Inc.<br>David L. Pollack<br>Ballard Spahr LLP<br>51ST Fl - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>pollack@ballardspahr.com |
| Counsel for Retail, Wholesale & Department Store Union, Mid-South Council<br>George N. Davies<br>Quinn, Connor, Weaver, Davies & Rouco LLP<br>Mountain Brook Center, Suite 380<br>2700 Highway 280 East<br>Birmingham, AL 35223<br>gdavies@qcwdr.com | Counsel for SunTrust Bank<br>Ronald G. Steen, Jr.<br>Stites & Harbison PLLC<br>401 Commerce Street, Ste. 800<br>Nashville, TN 37219<br>ronald.steen@stites.com |

2101773 v3

Counsel for Gulf Market Development, LLC
David A. Boyett, III
Anders, Boyett & Brady, P.C.
One Maison Suite 203
3800 Airport Boulevard
Mobile, AL 36608
dboyett@abblawfirm.com

Counsel for Pinebrook Properties, LLC,
Goldring Gulf Distributing, LLC, Allstate
Beverage Co., LLC and Gulf Distributing Co.
of Mobile, LLC
Lawrence B. Voit
Silver, Voit & Thompson, Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
lvoit@silvervoit.com

Counsel for Golden Flake Snack Foods, Inc.
Walter F. McArdle
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, Alabama 35203
wfm@spain-gillon.com

Counsel for Graphic Media Solutions LLC
John C. Pennington
John C. Pennington, P.C.
18 Yonah Street
Helen, GA 30545
jcppc@windstream.net

Counsel for Wright/Hurd Properties, LLC
Randolph M. Fowler
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P. O. Box 020848
Tuscaloosa, AL 35402-0848
rfowler@pjgf.com

**VIA E-MAIL:**

STORE SPE Belle, LLC
Michael T. Bennett, Executive VP - Operations
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mbennett@storecapital.com

Kutak Rock LLP
Peggy A. Richter
1801 California Street, Suite 3100
Denver, CO 80202
peggy.richter@kutakrock.com

Counsel for Southern Family Markets, LLC
and C&S Wholesale Grocers, Inc.
Jeffery S. DeArman
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
jeffery.dearman@arlaw.com

Counsel for Southern Family Markets, LLC
and C&S Wholesale Grocers, Inc.
Jeffrey R. Drobish
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
drobish@lrclaw.com
mcguire@lrclaw.com

Counsel for Associated Wholesale Group, Inc.  
Mark Benedict  
Husch Blackwell, LLP  
4801 Main Street, Suite 1000  
Kansas City, MO 64112  
mark.benedict@huschblackwell.com

Counsel for Southern Food Groups, LLC (d/b/a Brown's Dairy), Purity Dairies, LLC, Dean Dairy Holdings, LLC (d/b/a Barber Dairies) and Mayfield Dairy Farms, LLC  
Mark H. Ralston  
Estes, Okon, Thorne & Carr, PLLC  
3500 Maple Avenue, Suite 1100  
Dallas, TX 75219  
mralston@estesokon.com

**VIA EMAIL (EQUITY SECURITY HOLDERS):**

Jeffrey D. White  
671 Summit Point  
Birmingham, AL 35226  
jdwhite@belle-foods.com

Jeffrey D. White Children's Trust  
671 Summit Point  
Birmingham, AL 35226  
jdwhite@belle-foods.com

William D. White  
2548 Willowbrook Circle  
Birmingham, AL 35242  
bwhite@belle-foods.com

William D. White Children's Trust  
2548 Willowbrook Circle  
Birmingham, AL 35242  
bwhite@belle-foods.com

**VIA U.S. MAIL:**

Internal Revenue Service  
District Director - Northern District of Alabama  
P.O. Box 7346  
Philadelphia, PA 19101-7346

**VIA U.S. MAIL (20 LARGEST UNSECURED CREDITORS):**

Bibb Distributing  
PO Box 3789  
Macon, GA 31205

Blue Bell Creameries  
PO Box 973601  
Dallas, TX 75397

Buffalo Rock Company  
PO Box 2247  
Birmingham, AL 35201-2247

Cal Maine Foods Inc  
PO Box 2960  
Jackson, MS 39207

Clark Beverage Group Inc  
PO Box 3090  
Bowling Green, KY 42102

Coca Cola Bottling  
P.O. Box 751356  
Charlotte, NC 28275

Dairy Fresh  
PO Box 933707  
Atlanta, GA 31193-3707

DWC Investment Partnership  
3964 Airport Boulevard  
Mobile, AL 36608

| | |
|---|---|
| Flowers Baking Co<br>132 North Broad Street<br>Thomasville, GA 31792 | Frito Lay Inc<br>75 Remittance Drive, Suite 1217<br>Chicago, IL 60675-1217 |
| Kehe Food Dist Inc<br>900 N. Schmidt Road<br>Romeoville, IL 60446 | Krispy Kreme Doughnuts<br>PO Box 752046<br>Charlotte, NC 28275-2046 |
| Leon Farmer & Co<br>PO Box 1352<br>Athens, GA 30603 | McKee Baking Company<br>PO Box 2118<br>Collegedale, TN 37315 |
| Mondelez Global LLC<br>P.O. Box 13428<br>Newark, NJ 07188-0428 | Nestle DSD<br>3852 Collections Center Drive<br>Chicago, IL 60693 |
| Pepsi Cola Bottling<br>PO Box 75960<br>Chicago, IL 60675 | S & L Mechanical Inc<br>PO Box 488<br>Springville, AL 35146 |