IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BELLE FOODS, LLC | ) | Case Number 13-81963-JAC11 |
| | ) | |
| Debtor. | ) | Chapter 11 |

**VERIFIED STATEMENT OF BALCH & BINGHAM LLP PURSUANT
TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Balch & Bingham LLP ("B&B"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this verified statement regarding B&B's representation of multiple creditors in this bankruptcy case.

1. B&B represents the following creditors in the bankruptcy case:

    A. Alabama Power Company
       600 North 18th Street
       Birmingham, Alabama 35291

    B. Red Diamond, Inc.
       400 Park Avenue
       Moody, Alabama 35004

    C. The News Group, LP
       200 Technology Court
       Suite 1000
       Smyrna, Georgia 30082

    D. Mercury Retail Services
       5130 Commerce Parkway
       San Antonio, Texas 78218

2. The claim of Alabama Power Company ("Alabama Power") is based upon electric service provided to Belle Foods.

3. The claim of Red Diamond, Inc. ("Red Diamond") is based upon certain food and beverage products provided to Belle Foods.

4. The reclamation claim of The News Group, LP (the "News Group") is based upon, among other things, certain news, book and magazine items provided to Belle Foods.

5. The reclamation claim of Mercury Retail Services ("Mercury") is based upon, among other things, providing certain products and services to Belle Foods.

4. Alabama Power, Red Diamond, News Group and Mercury have each been advised of the multiple representations in the bankruptcy case and have consented to such representation.

5. Counsel reserves the right to amend this notice as may be necessary from time to time.

Dated: July 31, 2013.

/s/ Jesse S. Vogtle, Jr.
Jesse S. Vogtle, Jr.
Eric T. Ray
M. Lee Johnsey, Jr.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

# VERIFICATION

My name is Jesse S. Vogtle, Jr., and I am a Partner at Balch & Bingham LLP ("B&B"). I do hereby swear and affirm that I am more than 21 years of age; that I have personal knowledge of the matters of fact stated in the within and foregoing Statement; and that such matters of fact within and foregoing Statement are true and correct to the best of my knowledge.

Name: Jesse S. Vogtle, Jr.

Title: Partner

Sworn to and subscribed before me, this 31st day of July, 2013.

Notary Public

[NOTARY SEAL]

My commission expires: 10/13/13

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 31st day of July, 2013, using CM/ECF, and is being served this day on all counsel of record, and all other counsel and parties eligible to receive electronic service via CM/ECF.

/s/ Jesse S. Vogtle, Jr.
OF COUNSEL