IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BELLE FOODS, LLC, | ) Chapter 11 |
| | ) Case No. 13-81963-JAC11 |
| Debtor. | ) |

## AMENDED NOTICE OF CURE SCHEDULE

**TO CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, in accordance with the *Order (A) Approving Bid Procedures Relating To Sale Of Certain Of The Debtor's Assets; (B) Scheduling A Hearing To Consider The Sale; (C) Establishing Notice And Procedures Related To The Assumption And Assignment Of Certain Contracts And Leases; And (D) Granting Related Relief* [Doc. No. 341] (the "Order"), entered by the Bankruptcy Court on August 12, 2013, Belle Foods, LLC, as debtor and debtor in possession ("Debtor"), hereby files the Cure Schedule (as defined in the Order), which is attached hereto as Exhibit "A."

/s/ Brent W. Dorner
D. Christopher Carson
Marc P. Solomon
Brent W. Dorner

Attorneys for Debtor
BELLE FOODS, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

2115451 v2

# EXHIBIT "A"

| Landlord | Description | Cure Amount |
|---|---|---|
| Cullman Shopping Center, Inc. | Non-residential real property lease | $0 |
| Lynn Haven Development Corp.** | Non-residential real property lease | $0 |
| Rainbow Plaza Associates Ltd. | Non-residential real property lease | $0 |
| Riverchase Lorna, L.P. | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| HPA Northridge LLC** | Non-residential real property lease | $0 |
| ABNK Acquisition, LLC** | Non-residential real property lease | $0 |
| University Mall LLC | Non-residential real property lease | $0 |
| Ahold AL Acquisition LLC | Non-residential real property lease | $0 |
| Beltline Decatur, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| M & P Scottsboro, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| Starkville Grocery Owners LLC** | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| Wright-Hurd Properties** | Non-residential real property lease | $0 |
| Highway 69 Properties LLC** | Non-residential real property lease | $0 |
| Halpern Enterprises, Inc. | Non-residential real property lease | $0 |
| Gershman Properties, LLC | Non-residential real property lease | $0 |
| Rosen Monroe, LLC | Non-residential real property lease | $0 |
| LW Cave Real Estate, Inc.** | Non-residential real property lease | $0 |
| Cummings & Associates, Inc. | Non-residential real property lease | $0 |
| Rochester-Mobile LLC, Salzman-Mobile LLC** | Non-residential real property lease | $0 |
| Cummings & Associates, Inc. | Non-residential real property lease | $0 |
| LW Cave Real Estate, Inc. | Non-residential real property lease | $0 |
| Gulfdale Improvements LLC | Non-residential real property lease | $0 |
| Cummings & Associates, Inc. | Non-residential real property lease | $0 |
| Saraland Loop Road, LLC** | Non-residential real property lease | $0 |
| Mobile Partners | Non-residential real property lease | $74,106 |
| Pineneedle, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| STORE SPE Belle, LLC | Non-residential real property lease | $0 |
| Lehmberg Crossing, LLC | Non-residential real property lease | $0 |
| MB REO-GA Retail, LLC | Non-residential real property lease | $0 |
| RCG-Macon, LLC | Non-residential real property lease | $0 |
| Nalley-Garrett Cochran, LLC | Non-residential real property lease | $0 |
| PWPEG, L.L.C. | Non-residential real property lease | $0 |
| Barnesville Perlmix, LLC** | Non-residential real property lease | $0 |
| B&D Associates II, LLC (CMM Properties)** | Non-residential real property lease | $0 |
| BRC Dublin, LLC** | Non-residential real property lease | $0 |
| Houston Village Shopping Center LLC | Non-residential real property lease | $0 |
| Cloverdale Station Inc.** | Non-residential real property lease | $0 |
| Bright-Meyers Dublin Assoc., LP** | Non-residential real property lease | $0 |
| Southern Family Markets LLC, as Administrative Agent | Unitary Lease [1] | |

[1] The counterparties to the non-residential real property leases that are included in the Unitary Lease are included on this Cure Schedule and indicated by the double asterisks (**).

# EXHIBIT "A"

| | | |
|---|---|---|
| Southern Family Markets LLC, Piggly Wiggly LLC, and Surry Licensing LLC | Intellectual Property License Agreement | $0 |
| A-1 Refrigeration Service | Executory Contract | $0 |
| Alston Refrigeration Co. Inc. | Executory Contract | $0 |
| Automated Door Ways Inc. | Executory Contract | $0 |
| BFI Waste Systems | Executory Contract | $0 |
| Blue Rhino Corporation | Executory Contract | $0 |
| Brinks | Executory Contract | $0 |
| Cash Register Services, Inc | Executory Contract | $0 |
| Certegy | Executory Contract | $0 |
| City of Griffin | Executory Contract | $0 |
| City of Macon | Executory Contract | $0 |
| City of Mobile | Executory Contract | $0 |
| City of Tuscaloosa | Executory Contract | $0 |
| City of Troy | Executory Contract | $0 |
| City of Spanish Fort | Executory Contract | $0 |
| City of Brewton | Executory Contract | $0 |
| Clay County Justice Court | Executory Contract | $0 |
| Coastal Refrigeration | Executory Contract | $0 |
| Coast Safe & Lock Co. Inc. | Executory Contract | $0 |
| Coins2Cash | Executory Contract | $0 |
| Coinstar | Executory Contract | $0 |
| Cullman Shopping Center Inc. | Executory Contract | $0 |
| Decatur Coca-Cola Bottling Company | Executory Contract | $0 |
| Dodge County | Executory Contract | $0 |
| DWC Investment Partnership | Executory Contract | $0 |
| Easy Ice LLC | Executory Contract | $0 |
| ePlum Invatron | Executory Contract | $0 |
| City of Florence, Utilities | Executory Contract | $0 |
| Forklift Systems, Inc. | Executory Contract | $0 |
| Georgia Department of Agriculture | Executory Contract | $0 |
| Global Fire Sprinkler LLC | Executory Contract | $0 |
| Global Express | Executory Contract | $0 |
| Greenleaf Compaction, Inc. | Executory Contract | $0 |
| Green Springs Ltd. | Executory Contract | $0 |
| Gregory Pest Control, Inc. | Executory Contract | $0 |
| Gulfdale Improvements, LLC | Executory Contract | $0 |
| Gulf Market Development, LLC | Executory Contract | $0 |
| Harold W. Kitchen Sr. | Executory Contract | $0 |
| Hobart Corporation | Executory Contract | $0 |
| Houston Village Shopping Center | Executory Contract | $0 |
| HPA St. Francis LLC | Executory Contract | $0 |
| Hussman Corporation | Executory Contract | $0 |
| IET Security, Inc. | Executory Contract | $0 |
| Kasco Sharptech | Executory Contract | $0 |
| Loomis Fargo | Executory Contract | $0 |
| Lucas Holdings LLC | Executory Contract | $0 |
| Magistrate Court of Baldwin County | Executory Contract | $0 |
| Magistrate Court of Fulton County | Executory Contract | $0 |
| MB REO-GA Office LLC | Executory Contract | $0 |
| Metropolitan Communications | Executory Contract | $0 |

# EXHIBIT "A"

| | | |
|---|---|---|
| Mobile County | Executory Contract | $0 |
| Morgan County | Executory Contract | $0 |
| M&P Scottsboro LLC | Executory Contract | $0 |
| Muscle Shoals Electric Board | Executory Contract | $0 |
| Muzak | Executory Contract | $0 |
| National Flex | Executory Contract | $0 |
| Nationwide Money Services (ATM) | Executory Contract | $0 |
| Pensacola Supermarket Owners | Executory Contract | $0 |
| Refrigeration Supply Co. | Executory Contract | $0 |
| Republic | Executory Contract | $0 |
| Shopping Center Maintenance | Executory Contract | $0 |
| S & L Mechanical Inc. | Executory Contract | $0 |
| Southeast Paper | Executory Contract | $0 |
| Southland Plaza Associates LLC | Executory Contract | $0 |
| Southern Gas & Supply Inc. | Executory Contract | $0 |
| UniFirst | Executory Contract | $0 |
| Vestcom Retail Solutions | Executory Contract | $0 |
| Western Union | Executory Contract | $0 |
| Worldpay | Executory Contract | $0 |
| | | **$74,106** |