IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BELLE FOODS, LLC, ) | Chapter 11 |
| ) | Case No. 13-81963-JAC11 |
| Debtor. ) | |

## MOTION FOR APPROVAL OF AGREED STIPULATION BY AND BETWEEN DEBTOR AND CAL-MAINE FOODS, INC. FOR DELIVERY OF AND PAYMENT FOR CERTAIN GOODS

**COMES NOW**, Belle Foods, LLC, as debtor and debtor in possession ("Belle Foods" and/or the "Debtor"), and, pursuant to Federal Rule of Bankruptcy Procedure 9019(a), moves this Court (this "Motion") for an order approving the stipulation (the "Stipulation") reached between Debtor and Cal-Maine Foods, Inc. ("Cal-Maine"), a copy of which is attached hereto as Exhibit "A." In support of this Motion, Debtor states as follows:

### JURISDICTION AND VENUE

1. On July 1, 2013 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Clerk of this Court. Debtor continues to operate its businesses and manage its properties as a debtor in possession pursuant to §§ 1107(a) and 1108.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of Debtor's chapter 11 cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is Rule 9019 of the Federal Rules of Bankruptcy Procedure.

2102342 v1

## FACTUAL BACKGROUND

3. Cal-Maine is a producer and distributor of fresh shell eggs, and sells the majority of its shell eggs in approximately 29 states across the southwestern, southeastern, mid-western and mid-Atlantic regions of the United States.

4. Prior to the Petition Date, Cal-Maine sold and delivered fresh shell eggs to Debtor on credit and in the ordinary course of Debtor's business, including during the twenty (20) days prior to the Petition Date (the "503(b)(9) Period").

5. Since the Petition Date, Debtor elected to acquire eggs from a different source. However, the alternate arrangement is not working to Debtor's satisfaction and Debtor desires to secure eggs from Cal-Maine.

6. Cal-Maine has expressed concern regarding Debtor's ability to pay for new shipments of eggs.

7. The continued and reliable supply of fresh shell eggs to Debtor's grocery stores is critical to Debtor's operations and efforts to complete a sale of its stores, as Debtor's business would be materially harmed if it is unable to keep eggs, a grocery store staple, in stock and available to its customers.

## REQUESTED RELIEF

8. In order to ensure Debtor's supply of eggs from Cal-Maine, Debtor and Cal-Maine have reached a settlement regarding Cal-Maine's supply of eggs to Debtor and the pre-petition amounts owed by Debtor to Cal-Maine, and Debtor hereby requests that this Court approve the settlement. The terms of the settlement are as follows:

   (a) Debtor acknowledges and agrees that:

   (i) The total amount due and owing by Debtor to Cal-Maine for eggs sold to Debtor by Cal-Maine prior to the Petition Date is $160,793.25, which includes an amount due and owing for eggs

|      |                                                                                                                                                                                                                                                                                                                           |
| ---- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|      | sold during the 503(b)(9) Period of $98,995.48;                                                                                                                                                                                                                                                                           |
| (ii) | Cal-Maine shall have an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $98,995.48 (the "Administrative Expense Claim"), which Administrative Expense Claim shall be allowed without the necessity of Cal-Maine filing an application to allow the Administrative Expense Claim in the Bankruptcy Case; |
| (iii)| Cal-Maine shall have an allowed unsecured claim in the amount of $61,797.77 for goods sold and delivered by Cal-Maine to Debtor prior to the 503(b)(9) Period (the "Unsecured Claim");                                                                                                                                    |
| (iv) | On July 5, 2013, Debtor received a reclamation demand from Cal-Maine; and                                                                                                                                                                                                                                                 |
| (v)  | Cal-Maine shall be entitled to apply for administrative expense treatment of the amounts due and owing for eggs sold to Debtor by Cal-Maine during the forty-five (45) day period prior to the Petition Date, provided that Debtor retains the right to object to any such application.                                   |

(b) Cal-Maine agrees to immediately sell and deliver fresh shell eggs to Debtor for cash in advance on terms mutually agreed.

## BASIS FOR RELIEF

9. Federal Rule of Bankruptcy Procedure 9019(a) states, in part, "[T]he Court may approve a compromise or settlement." To approve a compromise pursuant to Fed. R. Bankr. P. 9019(a), this Court must find that it is "fair, reasonable and in the best interest of the estate." In re Louise's, Inc., 211 B.R. 798, 801 (D. Del. 1997). Settlement agreements are generally favored in a bankruptcy setting. See In re Bond, 16 F.3d 408, 1994 WL 20107 at *3 (4th Cir. 1994) (quoting Collier on Bankruptcy ¶ 9019.03[1] (15th ed. 1993)) ("to minimize litigation and expedite the administration of a bankruptcy estate, 'compromises are favored in bankruptcy'").

10. The settlement with Cal-Maine provides value to both Debtor and Cal-Maine. Debtor has ensured that it will continue to receive a consistent supply of fresh eggs from Cal-Maine, which are a grocery store staple and provide significant value to Debtor's stores. Cal-

Maine has received an agreement regarding the amount and treatment of its pre-petition claims.

11. For these reasons, Debtor believes the settlement contained herein to be fair and reasonable. In light of these circumstances, the business judgment of Debtor is that the settlement is in the best interests of Debtor, its estate and its creditors, and should be approved by the Court.

**WHEREFORE**, Debtor respectfully requests that this Court enter an Order granting this Motion, and grant such further relief as this Court deems just and proper.

Dated this the 30th of August 2013.

/s/ Brent W. Dorner
D. Christopher Carson
Marc P. Solomon
Brent W. Dorner

Attorneys for Debtors
ADAMS PRODUCE COMPANY, LLC AND ADAMS CLINTON BUSINESS PARK, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

2102342 v1

4

**EXHIBIT "A"**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BELLE FOODS, LLC, ) | Chapter 11 |
| ) | Case No. 13-81963-JAC11 |
| Debtor. ) | |

## STIPULATION BY AND BETWEEN DEBTOR AND CAL-MAINE FOODS, INC. FOR DELIVERY OF AND PAYMENT FOR CERTAIN GOODS

This Stipulation (this "Stipulation") is entered into as of August 30, 2013, by and between Belle Foods, LLC, as debtor and debtor in possession ("Debtor"), and Cal-Maine Foods, Inc. ("Cal-Maine").

## RECITALS

WHEREAS, on July 1, 2013 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court"), instituting the above styled bankruptcy proceeding (the "Bankruptcy Case"); and

WHEREAS, Cal-Maine is a producer and distributor of fresh shell eggs, and sells the majority of its shell eggs in approximately 29 states across the southwestern, southeastern, mid-western and mid-Atlantic regions of the United States; and

WHEREAS, prior to the Petition Date, Cal-Maine sold and delivered fresh shell eggs to Debtor on credit and in the ordinary course of Debtor's business, including during the twenty (20) days prior to the Petition Date (the "503(b)(9) Period"); and

2102341 v6

WHEREAS, since the Petition Date, Debtor elected to acquire eggs from a different source and the alternate arrangement is not working to Debtor's satisfaction and now desires to secure eggs from Cal-Maine; and

WHEREAS, Cal-Maine has expressed concern regarding Debtor's ability to pay for new shipments of eggs; and

WHEREAS, the continued and reliable supply of fresh shell eggs to Debtor's grocery stores is critical to Debtor's operations and reorganization efforts, as Debtor's business would be materially harmed if it is unable to keep eggs, a grocery store staple, in stock and available to its customers; and

NOW THEREFORE, in order to ensure Debtor's supply of eggs from Cal-Maine, and in consideration of the mutual covenants, promises and conditions set forth herein, Debtor and Cal-Maine agree as follows:

1. Debtor acknowledges and agrees that:

 (i) The total amount due and owing by Debtor to Cal-Maine for eggs sold to Debtor by Cal-Maine prior to the Petition Date is $160,793.25, which includes an amount due and owing for eggs sold during the 503(b)(9) Period of $98,995.48;

 (ii) Cal-Maine shall have an allowed administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $98,995.48 (the "Administrative Expense Claim"), which Administrative Expense Claim shall be allowed without the necessity of Cal-Maine filing an application to allow the Administrative Expense Claim in the Bankruptcy Case;

 (iii) Cal-Maine shall have an allowed unsecured claim in the amount of $61,797.77 for goods sold and delivered by Cal-Maine to Debtor prior to the 503(b)(9) Period (the "Unsecured Claim");

 (iv) On July 5, 2013, Debtor received a reclamation demand from Cal-Maine;

 (v) Cal-Maine shall be entitled to apply for administrative expense treatment of the amounts due and owing for eggs sold to Debtor by Cal-Maine during the forty-five (45) day period prior to the Petition Date, provided that Debtor retains the right to object to any such application.

2. Cal-Maine agrees to immediately sell and deliver fresh shell eggs to Debtor for cash in advance on terms mutually agreed.

3. Debtor and Cal-Maine shall execute and cause to be filed in the Bankruptcy Case a motion requesting that the Bankruptcy Court approve this Stipulation and the terms set forth herein, including the allowance of Cal-Maine's Administrative Expense Claim and Unsecured Claim.

4. This Stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original but both of which shall constitute one and same instrument having full effect.

5. This Stipulation contains the entire agreement between the parties concerning the subject matter of this Stipulation and supersedes all prior agreements, understandings, discussions, negotiations, and undertakings between the parties concerning the subject matter, whether written or oral. This Stipulation may not be changed or modified except in writing signed by both parties.

Dated: August 30, 2013

| Belle Foods, LLC | Cal-Maine Foods, Inc. |
|---|---|
| By: _____ | By: _____ |
| Name: Jacob Skousen | Name: _____ |
| Its: CAO | Its: _____ |

2102341 v6

3

2. Cal-Maine agrees to immediately sell and deliver fresh shell eggs to Debtor for cash in advance on terms mutually agreed.

3. Debtor and Cal-Maine shall execute and cause to be filed in the Bankruptcy Case a motion requesting that the Bankruptcy Court approve this Stipulation and the terms set forth herein, including the allowance of Cal-Maine's Administrative Expense Claim and Unsecured Claim.

4. This Stipulation may be executed in counterparts by facsimile, each of which shall be deemed an original but both of which shall constitute one and same instrument having full effect.

5. This Stipulation contains the entire agreement between the parties concerning the subject matter of this Stipulation and supersedes all prior agreements, understandings, discussions, negotiations, and undertakings between the parties concerning the subject matter, whether written or oral. This Stipulation may not be changed or modified except in writing signed by both parties.

Dated: August __, 2013

**Belle Foods, LLC**

By: _____

Name: _____

Its: _____

**Cal-Maine Foods, Inc.**

By: *Timothy A. Dawson*

Name: Timothy A. Dawson

Its: CFO

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the attached Master Service List by Notice of Electronic Filing, U.S. First Class Mail or email as indicated on this the 30th day of August, 2013.

/s/ Brent W. Dorner
OF COUNSEL

2102342 v1

5

Case 13-81963-JAC11    Doc 437    Filed 08/30/13    Entered 08/30/13 11:27:48    Desc
Main Document    Page 10 of 18

Master Service List: *In re: Belle Foods, LLC*; Case No. 13-81963-JAC11; updated 8/30/2013

**VIA ECF:**

Richard Blythe
Bankruptcy Administrator
United States Bankruptcy Court
Northern District of Alabama
P.O. Box 3045
Decatur, AL 35602
Richard_Blythe@alnba.uscourts.gov

Counsel for the Debtor Belle Foods, LLC
D. Christopher Carson
Marc P. Solomon
Brent W. Dorner
Burr & Forman LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35203
ccarson@burr.com
msolomon@burr.com
bdorner@burr.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
David K. Bowsher
Richard P. Carmody
Russell J. Rutherford
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
david.bowsher@arlaw.com
richard.carmody@arlaw.com
russell.rutherford@arlaw.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
cobb@lrclaw.com

Counsel for Mrs. Stratton's Salads, Inc., BTC Wholesale Distributors, Inc., Southern Food Groups, LLC (d/b/a Brown's Dairy), Purity Dairies, LLC, Dean Dairy Holdings, LLC (d/b/a Barber Dairies) and Mayfield Dairy Farms, LLC
Stephen B. Porterfield
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
sporterfield@sirote.com

Counsel for Aronov Realty Management, Inc. and Gulfdale Improvements, LLC
David L. Pollack
Ballard Spahr LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
pollack@ballardspahr.com

Counsel for Retail, Wholesale & Department Store Union, Mid-South Council
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco LLP
Mountain Brook Center, Suite 380
2700 Highway 280 East
Birmingham, AL 35223
gdavies@qcwdr.com

Counsel for SunTrust Bank
Ronald G. Steen, Jr.
Stites & Harbison PLLC
401 Commerce Street, Ste. 800
Nashville, TN 37219
ronald.steen@stites.com

Counsel for Gulf Market Development, LLC, Saraland Loop Road, L.L.C., Tuttle Papock Springhill, LLC, Northside, Ltd., John White-Spunner, The John White-Spunner Children's Trust, The Extended Trust Agreement f/b/o Jay White-Spunner's Children Dated October 31, 2002, Jay E, L.L.C., John Rudolph Turner, and Marl M. Cummings, III
David A. Boyett, III
Anders, Boyett & Brady, P.C.
One Maison Suite 203
3800 Airport Boulevard
Mobile, AL 36608
dboyett@abblawfirm.com

Counsel for Pinebrook Properties, LLC, Goldring Gulf Distributing, LLC, Allstate Beverage Co., LLC and Gulf Distributing Co. of Mobile, LLC
Lawrence B. Voit
Silver, Voit & Thompson, Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
lvoit@silvervoit.com

2101773 v6

| | |
|---|---|
| Counsel for Golden Flake Snack Foods, Inc.<br>Walter F. McArdle<br>Spain & Gillon, LLC<br>2117 Second Avenue North<br>Birmingham, Alabama 35203<br>wfm@spain-gillon.com | Counsel for Graphic Media Solutions LLC<br>John C. Pennington<br>John C. Pennington, P.C.<br>18 Yonah Street<br>Helen, GA 30545<br>jcppc@windstream.net |
| Counsel for Wright/Hurd Properties, LLC<br>Randolph M. Fowler<br>Phelps, Jenkins, Gibson & Fowler, L.L.P.<br>P. O. Box 020848<br>Tuscaloosa, AL 35402-0848<br>rfowler@pjgf.com | Counsel for Cal-Maine Foods, Inc.<br>Justin B. Little<br>Reynolds, Reynolds & Little, LLC<br>P.O. Box 2863<br>Tuscaloosa, AL 35403-2863<br>jlittle@rrllaw.com |
| Counsel for Community Coffee Company, L.L.C.<br>David S. Rubin<br>Kantrow, Spaht, Weaver & Blitzer (APLC)<br>P.O. Box 2997<br>Baton Rouge, LA 70821-2997<br>david@kswb.com | Counsel for Green Springs, Ltd.<br>Walter F. Scott, III<br>Galloway, Scott, Moss & Hancock, LLC<br>2200 Woodcrest Place, Suite 310<br>Birmingham, AL 35209<br>wfs3@gallowayscott.com |
| Counsel for Flowers Baking Co. of Thomasville, LLC, Flowers Baking Co. of Villa Rica, LLC, Flowers Baking Co. of Birmingham, LLC, Flowers Baking Co. of Tuscaloosa, LLC, Flowers Baking Co. of New Orleans, LLC and Derst Baking Company, LLC<br>Todd C. Meyers<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309-4530<br>tmeyers@kilpatricktownsend.com | Counsel for Alabama Power Company<br>Eric T. Ray<br>Balch & Bingham LLP<br>Post Office Box 306<br>Birmingham, AL 35201<br>eray@balch.com |
| Attorney for Marilyn E. Wood, Mobile County Revenue Commissioner<br>Christopher Kern<br>P.O. Box 48<br>Mobile, AL 36601<br>chriskernlaw@comcast.net | Counsel for Green Springs, Ltd.<br>Rita H. Dixon<br>217 Country Club Park, PMB 515<br>Birmingham, AL 35213<br>ritadixon10@gmail.com |
| Counsel for Trav-Ad Signs & Electric, Inc.<br>Angela S. Ary<br>Heard Ary, LLC<br>307 Clinton Ave. W., Suite 310<br>Huntsville, AL 35801<br>aary@heardlaw.com | Counsel for Mercury Retail Services, LLC and The News Group, LP<br>Jesse S Vogtle, Jr.<br>Balch & Bingham, LLP<br>1901 Sixth Avenue North, Suite 1500<br>Birmingham, AL 35203-4642<br>jvogtle@balch.com |
| Counsel for Airgas USA, LLC<br>Kathleen M. Miller<br>Smith, Katzenstein & Jenkins LLP<br>The Corporate Plaza<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19899<br>Kmiller@skfdelaware.com | Counsel for Nalley-Garrett Cochran, LLC<br>Jean Winborne Boyles<br>Johnson, Hearn, Vinegar, Gee & Glass, PLLC<br>P.O. Box 1776<br>Raleigh, NC 27602<br>jboyles@jhvgglaw.com |

| | |
|---|---|
| Counsel for S & L Mechanical, Inc.<br>William M. Hancock<br>Wolfe, Jones, Conchin, Wolfe, Hancock & Daniel, LLC<br>905 Bob Wallace Avenue<br>Huntsville, AL 35801<br>bankruptcy@wolfejones.com | Co-Counsel for the Official Committee of Unsecured Creditors<br>R. Scott Williams<br>Jennifer B. Kimble<br>Haskell Slaughter Young & Rediker, LLC<br>2001 Park Place, Suite 1400<br>Birmingham, AL 35203<br>rsw@hsy.com<br>jk@hsy.com |
| Co-Counsel for the Official Committee of Unsecured Creditors<br>David M. Posner<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>dposner@oshr.com | Counsel for Electronic Imaging Services, Inc. d/b/a/ Vestcom Retail Solutions<br>James G. Henderson<br>Pritchard, McCall & Jones, L.L.C.<br>505 North 20th Street, Suite 800<br>Birmingham, AL 35203<br>jamesh@pm-j.com |
| Counsel for Red Diamond, Inc.<br>M. Lee Johnsey, Jr.<br>Balch & Bingham LLP<br>Post Office Box 306<br>Birmingham, AL 35201<br>ljohnsey@balch.com | Counsel for Thomas Dudley<br>S. Dagnal Rowe<br>P.O. Box 2168<br>Huntsville, AL 35804<br>drowe@wilmerlee.com |
| Counsel for Decatur Coca-Cola Bottling Company<br>Travis Stuart Jackson<br>Lanier, Ford, Shaver & Payne, P.C.<br>P.O. Box 2087<br>Huntsville, AL 35805<br>tsj@lanierford.com | Counsel for ACE American Insurance Company<br>David B. Anderson<br>Anderson Weidner, LLC<br>505 20th Street North, Suite 1450<br>Birmingham, AL 35203-4635<br>dbanderson@andersonweidner.com |
| Counsel for Baldwin EMC<br>W. Alexander Gray, Jr.<br>Silver, Voit & Thompson, Attorneys at Law, P.C.<br>4317-A Midmost Drive<br>Mobile, AL 36609<br>agray@silvervoit.com | Counsel for Pensecola Supermarket Owners, LLC<br>R. Garth Ferrell<br>Mallgren & Ferrell, P.C.<br>8480 East Orchard Road, Suite 6500<br>Greenwood Village, CO 80111-5014<br>gferrell@mallgrenferrell.com |
| Counsel for Riverchase Lorna, L.P.<br>Robert Fehse<br>David J. Cocke<br>Evans Petree, PC<br>1000 Ridgeway Loop Road, Suite 200<br>Memphis, TN 38120<br>rfehse@evanspetree.com<br>dcocke@evanspetree.com | Counsel for STORE SPE Belle, LLC<br>Lisa M. Peters<br>Kutak Rock LLP<br>1650 Farnam Street<br>Omaha, NE 68102<br>lisa.peters@kutakrock.com |
| Counsel for Lynn Haven Development Corporation<br>Thomas A. Nettles, IV<br>Espy, Nettles, Scogin and Brantley, P.C.<br>P.O. Box 2786<br>Tuscaloosa, AL 35403<br>tanttls@bellsouth.net | Counsel for Bright-Meyers Dublin Associates, L.P.<br>Nicholas W. Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289<br>nwhittenburg@millermartin.com |

2101773 v6

3

Counsel for Pepsi Cola Decatur, LLC
Steven C. Sasser
Blackburn, Maloney & Schuppert, LLC
P.O. Box 1469
Decatur, AL 35602-1469
ssasser@bmsatty.com

Counsel for Scottsboro Electric Power Board
John F. Porter, III
John F. Porter, III, P.C.
123 East Laurel Street
Scottsboro, AL 35768
jfplaw@scottsboro.org

Counsel for City of Hoover, Alabama
April B. Danielson
Waldrep Stewart & Kendrick, LLC
2323 Second Avenue North
Birmingham, AL 35203
adanielson@wskllc.com

Counsel for James Beard and Sandra Beard
E.B. Harrison Willis
Cloud & Tidwell, LLC
201 Beacon Parkway West, Suite 400
Birmingham, Alabama 35209
ebhw@yahoo.com

Counsel for S & P of Macon, Inc.
Judson E. Crump
25029 Planters Drive
Daphne, AL 36526
jecrump.attorney@gmail.com

Counsel for Gershman Properties, LLC
John P. Kreis
John P. Kreis, PC
601 W. 5th St., 8th Floor
Los Angeles, CA 90071
jkreis@kreislaw.com

Counsel for Mobile County License Commissioner
Missty C. Gray
Adams and Reese LLP
P.O. Box 1348
Mobile, Alabama 36633
missty.gray@arlaw.com

Counsel for Associated Wholesale Group, Inc.
Mark Benedict
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
mark.benedict@huschblackwell.com

Counsel for MRPM Cullman Services, LLC and Cullman Shopping Center, Inc.
Daniel D. Sparks
Bradley R. Hightower
Christian & Small LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
ddsparks@csattorneys.com
brh@csattorneys.com

Counsel for 4324 Lillian Hwy LLC c/o Waterstone Southeast Holding Company LLC
A. Todd Darwin
Holcombe Bomar, P.A.
Post Office Drawer 1897
Spartanburg, SC 29304
tdarwin@holcombebomar.com

Counsel for Frito-Lay North America, Inc. and Bottling Group, LLC operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company
Joseph D. Frank
Frankgecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
jfrank@fgllp.com

**VIA EMAIL (EQUITY SECURITY HOLDERS):**

Jeffrey D. White
671 Summit Point
Birmingham, AL 35226
jeffwhitex@gmail.com

Jeffrey D. White Children's Trust
671 Summit Point
Birmingham, AL 35226
jeffwhitex@gmail.com

2101773 v6

4

William D. White
2548 Willow Brook Circle
Birmingham, AL 35242
BelleFoods@aol.com

William D. White Children's Trust
2548 Willow Brook Circle
Birmingham, AL 35242
BelleFoods@aol.com

**VIA E-MAIL:**

STORE SPE Belle, LLC
Michael T. Bennett, Executive VP - Operations
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mbennett@storecapital.com

STORE Capital
Michael J. Zieg, Executive VP-Portfolio Management
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mzieg@storecapital.com

Counsel for STORE SPE Belle, LLC
Jeff Wegner
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jeffrey.wegner@kutakrock.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Jeffery S. DeArman
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
jeffery.dearman@arlaw.com

Counsel for Flowers Baking Co. of Thomasville, LLC, Flowers Baking Co. of Villa Rica, LLC, Flowers Baking Co. of Birmingham, LLC, Flowers Baking Co. of Tuscaloosa, LLC, Flowers Baking Co. of New Orleans, LLC and Derst Baking Company, LLC
Matthew W. Levin
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
mlevin@kilpatricktownsend.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Jeffrey R. Drobish
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
drobish@lrclaw.com
mcguire@lrclaw.com

Counsel for Southern Food Groups, LLC (d/b/a Brown's Dairy), Dean Dairy Holdings, LLC (d/b/a Barber Dairies and d/b/a Purity Dairies, LLC) and Mayfield Dairy Farms, LLC
Mark H. Ralston
Estes, Okon, Thorne & Carr, PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
mralston@estesokon.com

Co-Counsel for the Official Committee of Unsecured Creditors
Gianfranco Finizio
Scott L. Hazan
Jessica M. Ward
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
gfinizio@oshr.com
shazen@oshr.com
jward@oshr.com

Counsel for Community Coffee Company, L.L.C.
W. Carlos Spaht
Kantrow, Spaht, Weaver & Blitzer (APLC)
P.O. Box 2997
Baton Rouge, LA 70821-2997
carlos@kswb.com

Counsel for Mercury Retail Services, LLC
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201
d'apice@sbep-law.com

Airgas USA, LLC
David Boyle
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087
david.boyle@airgas.com

IBM Corporation
Patricia Di Bello
National Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, Quebec H2X 3R7
Canada
pdibello@ca.ibm.com

Counsel for Retail, Wholesale & Department Store
Union, Mid-South Council
Amy D. Gundlach
Quinn, Connor, Weaver, Davies & Rouco LLP
Mountain Brook Center, Suite 380
2700 Highway 280 East
Birmingham, AL 35223
agundlach@qcwdr.com

Counsel for Electronic Imaging Services, Inc. d/b/a/
Vestcom Retail Solutions
Brian Rosenthal
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893
brosenthal@roselawfirm.com

Counsel for Gershman Properties, LLC
Kenneth J. Schelberg
Schelberg & Ross LLP
15048 Rayneta Drive
Sherman Oaks, California 91403
kschelberg@schelross.com

Counsel for Pensecola Supermarket Owners, LLC
Anthony K. Mallgren
Mallgren & Ferrell, P.C.
8480 East Orchard Road, Suite 6500
Greenwood Village, CO 80111-5014
amallgren@mallgrenferrell.com

The Food Partners, LLC
Matthew S. Morris
5335 Wisconsin Avenue, NW, Suite 410
Washington, DC 20015
msmorris@thefoodpartners.com

The Food Partners, LLC
James Floyd
7000 David Lane
Colleyville, TX 76034
jfloyd@thefoodpartners.com

Counsel for Balboa Retail Partners, LLC
Lisa Wolgast
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E., Suite 1600
Atlanta, GA 30326
lwolgast@mmmlaw.com

Counsel for Mondelez Global, LLC
Glenn C. Thompson
Hamilton Stephens Steele & Martin, PLLC
201 South College Street, Suite 2020
Charlotte, NC 28244
gthompson@lawhssm.com

Counsel for Pepsi Cola Decatur, LLC
Kenneth M. Schuppert, Jr.
Blackburn, Maloney & Schuppert, LLC
P.O. Box 1469
Decatur, AL 35602-1469
kschuppert@bmsatty.com

Counsel for Frito-Lay North America, Inc. and Bottling
Group, LLC operating collectively with affiliates and their
subsidiaries as Pepsi Beverages Company
Jeremy C. Kleinman
Frankgecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
jkleinman@fgllp.com

**VIA U.S. MAIL (STORE LANDLORDS):**

Lynn Haven Development Corp.
P.O. Drawer 1460
Tuscaloosa, AL 35403

HPA Northridge LLC
c/o Equity Investment Group
111 E. Wayne Street, #500
Fort Wayne, IN 46802

| | |
|---|---|
| COMM 2006-FL12 Grocery Stores Master SPE, LLC<br>Steven D. Ferreira, RPA<br>LNR Partners, LLC<br>1601 Washington Ave, Suite 700<br>Miami Beach, FL 33139 | COMM 2006-FL12 Grocery Stores Master SPE, LLC<br>c/o McKinley, Inc.<br>PO Box 3125<br>Ann Arbor, MI 48106-3125 |
| University Mall LLC<br>Aronov Realty Mgmt Inc.<br>P.O. Box 235021<br>Montgomery, AL 36123 | Starkville Grocery Owners LLC<br>c/o AAG Management<br>421 7th Avenue<br>New York, NY 10001 |
| Wright-Hurd Properties<br>1418 Greensboro Ave., Ste. B<br>Tuscaloosa, AL 35401 | Highway 69 Properties LLC<br>402 17th Avenue<br>Tuscaloosa, AL 35401 |
| Multiple Properties LTD<br>c/o Cummings & Associates, Inc.<br>P.O. Drawer 16227<br>Mobile, AL 36616-0227 | Rochester-Mobile LLC and Salzman-Mobile LLC<br>c/o Calkain Asset Management<br>11150 Sunset Hills Rd, Ste 300<br>Reston, VA 20190 |
| Tuttle Papock Springhill, LLC<br>c/o LW Cave Real Estate, Inc.<br>P.O. Box 81322<br>Mobile, AL 36689 | Saraland Loop Road, LLC<br>c/o White-Spunner & Associates, Inc.<br>Dept. 5086<br>P.O. Box 2153<br>Birmingham, AL 35287-5086 |
| Saraland Loop Road, LLC<br>c/o White-Spunner & Associates, Inc.<br>P.O. Box 7475<br>Mobile, AL 36670-0475 | Mount Corporation<br>132 Bala Avenue<br>Bala Cynwyd, PA 19004 |
| B&D Associates II, LLC<br>P.O. Box 307<br>Ashburn, GA 31714-0307 | BRC Dublin, LLC<br>c/o Blue Ridge Capital LLC<br>3715 Northside Parkway, Ste. 2-450<br>Atlanta, GA 30327 |
| Cloverdale Station Inc.<br>c/o Phillips Edison & Company<br>11501 Northlake Dr.<br>Cincinnati, OH 45249-1669 | Cloverdale Station Inc.<br>5195 Paysphere Circle<br>Chicago, IL 60674 |
| Bright-Meyers Dublin Associates, LP<br>c/o Fletcher Bright Company<br>537 Market Street #400<br>Chattanooga, TN 37402 | |

**VIA U.S. MAIL:**

| | |
|---|---|
| Internal Revenue Service<br>District Director - Northern District of Alabama<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Counsel for IBM Credit LLC<br>Paul Wearing<br>Special Handling Group - MD NC317<br>6303 Barfield Road<br>Atlanta, GA 30328 |

GE Capital Information Technology Solutions, Inc.
f/d/b/a IKON Financial Services
Christine Etheridge
Bankruptcy Administration
1738 Bass Road
Macon, GA 31208

2101773 v6 8