# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

In the Matter of:

Belle Foods, LLC  } **Case No: 13-81963-JAC11**
}
DEBTOR(S).  }
}
}

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #396; Debtor's Motion to Set a Determination Hearing on Request for Additional Adequate Assurance made by Alabama Gas Corporation |
| **Date and Time:** | Tuesday, September 24, 2013 10:00 AM |
| **Appearances:** | Brent W Dorner, attorney for   Belle Foods, LLC  (Debtor)<br>D Christopher  Carson, attorney for   Belle Foods, LLC  (Debtor)<br>Marc P Solomon, attorney for   Belle Foods, LLC  (Debtor)<br>Richard M Blythe (Bankruptcy Administrator) |
| **Courtroom Deputy:** | Michelle Bracken |
| **Presiding Judge:** | JACK CADDELL |
| **Court Notes:** | PER DORNER - CONTINUED TO 9/18/13 AT 10:00 (D) |

Date Prepared:09/06/2013