IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                            )
                                  )
BELLE FOODS, L.L.C.,              )    Case No. 13-81963-JAC11
                                  )
        Debtor.                   )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Mark P. Williams hereby appears on behalf of Derst Baking Company, LLC, a creditor and interested party in the above-styled bankruptcy proceeding, and requests that copies of all papers, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served upon the undersigned, at the address set forth below.

Mark P. Williams
NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643
(205) 251-5479 – Fax
E-mail:  mpwilliams@nwkt.com

Respectfully submitted this the 10th day of September, 2013.

/s/Mark P. Williams
_____
Mark P. Williams, Attorney for
Derst Baking Company, LLC

**OF COUNSEL:**
NORMAN, WOOD, KENDRICK AND TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing via ECF, which provides notice to all parties of record in these proceedings.

      /s/Mark P. Williams

      OF COUNSEL

K:\BK\FlowersFoodsInc-BelleFoods,LLC-7551\Pleadings-BK13-81963\PL.006.NoticeofAppearance-Derst.doc