IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

In Re:   BELLE FOODS, LLC,   )
                             )   Case No.: 13-81963-11
     Debtor.                 )

## MOTION TO WITHDRAW

**COMES NOW** the Movant, Donna Landis, and respectfully requests that this Court grant her Motion to Withdraw document 452, titled "Motion to Lift Stay" and filed as a Motion for Relief From Stay. Movant states that this document was filed in error, and that a duplicate of the motion, labeled document 453, has subsequently been filed and the filing fee paid. Movant has filed a corrective entry with this Court relating to document 452. Accordingly, Movant respectfully requests leave of this Court to withdraw her first Motion for Relief from Stay, document 452.

                    Respectfully submitted,

                    /s/ Dana Rizor Burton
                    One of the Attorneys for Movant
                    Higgs & Emerson
                    405 Franklin Street
                    Huntsville, AL  35801
                    (256) 533-3251 (phone)