IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

In Re: BELLE FOODS, LLC, )
) Case No.: 13-81963-11
Debtor. )

## NOTICE OF WITHDRAWAL

**COMES NOW** the movant, Donna Landis, and files this Notice of Withdrawal of document 452, titled "Motion to Lift Stay" and filed as a Motion for Relief From Stay. Movant states that this document was filed in error, and that a duplicate of the motion, labeled document 453, has subsequently been filed and the filing fee paid. Movant has filed a corrective entry with this Court relating to document 452. Accordingly, Movant respectfully requests leave of this Court to withdraw her first Motion for Relief from Stay, document 452.

Respectfully submitted,

/s/ Dana Rizor Burton
One of the Attorneys for Movant
Higgs & Emerson
405 Franklin Street
Huntsville, AL 35801
(256) 533-3251 (phone)