IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BELLE FOODS, LLC, | ) Chapter 11 |
| | ) Case No. 13-81963-JAC11 |
| Debtor. | ) |

**DEBTOR'S MOTION TO APPROVE
ABANDONMENT OF CERTAIN PERSONAL PROPERTY**

**COMES NOW**, Belle Foods, LLC ("Belle Foods" or "Debtor"), as debtor and debtor in possession, and, pursuant to 11 U.S.C. § 554(a), moves this Court to approve Debtor's abandonment of its interest in a motor vehicle in which Debtor has no equity. In support of this Motion, Debtor states as follows:

**JURISDICTION AND VENUE**

1. On July 1, 2013 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Clerk of this Court. Debtor continues to operate its businesses and manage its properties as a debtor in possession pursuant to §§ 1107(a) and 1108.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of Debtor's chapter 11 cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**FACTUAL BACKGROUND**

3. Debtor owns an interest in a 2012 Chrysler Town & Country Minivan, VIN 2C4RC1CG5CR266878 (the "Vehicle"). The Certificate of Title for the Vehicle lists "Belle

Foods LLC or White Jeffrey D" as the owners of the Vehicle. A true and correct copy of the Certificate of Title is attached hereto as Exhibit "A."

4. In order to purchase the Vehicle, Debtor obtained a loan from Hendrick Chyrsler Dodge Jeep ("Seller") in the amount of $40,537.41, which loan is evidenced by that certain Retail Installment Sale Contract entered into by and between Debtor, Jeffrey White, and Seller on or about March 9, 2012 (the "Contract"). A true and correct copy of the Contract is attached hereto as Exhibit "B."

5. Seller's interest in the Contract was assigned to BBVA Compass. BBVA Compass has a first priority security interest on the Vehicle pursuant to the Contract, which security interest was perfected by virtue of BBVA Compass being listed as the first lienholder on the Certificate of Title.

6. Debtor's obligations to BBVA Compass under the Contract exceed the value of the Vehicle by approximately $6,000.00.

7. The Vehicle provides no value to Debtor's estate, and Debtor has determined that it is in the best interests of its estate and creditors to abandon its interest in the Vehicle.

**RELIEF REQUESTED**

8. Debtor has determined it is in its best interests and the best interests of its creditors to sell all or substantially all of its property. To that end, Debtor has begun liquidating certain property that does not provide any value to its estate.

9. The Vehicle does not provide any value to Debtor's estate, and Debtor has examined the best options to liquidate the Vehicle for the benefit of its creditors. However, Debtor does not have any equity in the Vehicle, and Debtor has determined to abandon its interest in the Vehicle.

10. Given that the Vehicle is burdensome and of inconsequential value to its estate, Debtor requests that the Court (i) authorize Debtor to abandon its interest in the Vehicle to Jeffrey D. White immediately upon entry of an order by the Court approving such abandonment; (ii) direct that Debtor be removed from the Certificate of Title as an owner of the Vehicle; (iii) hold that Jeffrey D. White be deemed the sole owner of the Vehicle and that Jeffrey D. White shall be solely responsible for the obligations under the Contract; and (iv) holding that no claim for a deficiency or otherwise may be asserted against Debtor under the Contract.

**WHEREFORE** Debtor respectfully requests that the Court enter an Order granting this Motion, and for such other and further relief as this Court deems just and appropriate.

/s/ Brent W. Dorner
D. Christopher Carson
Marc P. Solomon
Brent W. Dorner

Attorneys for Debtor
BELLE FOODS, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**EXHIBIT "A"**

770058700967-00

# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

## CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 45567085 | 2C4RC1CG5CR266878 | 01 | 04/12/2012 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 2012 | CHRY | TOWN & CO | VA | |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 06 | XX | | | 03/09/2012 | 1 | GRY | 000064 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)

BELLE FOODS LLC OR WHITE JEFFREY D
800 LAKESHORE PARKWAY
BIRMINGHAM AL 35209

MAIL TO

5.372 / 3.116

BBVA COMPASS
PO BOX 830939
BIRMINGHAM AL 35283-0939

RESIDENT ADDRESS IF DIFFERENT

LEGEND(S) ODOMETER READING IS THE ACTUAL MILEAGE

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder

1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE 03/09/2012

BBVA COMPASS
PO BOX 830939
BIRMINGHAM AL 35283

By _____
Signature of Authorized Agent

Date _____

2ND LIENHOLDER'S NAME, ADDRESS AND LIEN DATE

Second Lienholder

By _____
Signature of Authorized Agent

Date _____

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) shown hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

CONTROL NUMBER
41187928

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE

FORM NO. MVT 8-1 (8-2007)

FEDERAL and State Law requires that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment.

**\*\*\* NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT and all assignments that follow\*\*\***

① ASSIGNMENT OF TITLE BY REGISTERED OWNER (not valid unless completed in full)-I/we warrant this Title and certify that the vehicle described herein has been transferred on ____/____/____ to the following:

Buyer(s)- _____ Address- _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

▶ _____ [NO TENTHS]  *CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK*
ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the Actual Mileage.- **WARNING-ODOMETER DISCREPANCY**

SIGNATURE(S): of Buyer(s)-X _____ of Seller(s)-X _____

PRINTED NAME(S): of Buyer(s)- _____ of Seller(s)- _____

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*

NAME OF 1st LIENHOLDER: _____

ADDRESS OF 1st LIENHOLDER: _____

② FIRST RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No. _____
I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:

Buyer(s)- _____ Address- _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

▶ _____ [NO TENTHS]  *CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK*
ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the Actual Mileage.- **WARNING-ODOMETER DISCREPANCY**
Date of Sale ___/___/___

SIGNATURE(S): of Buyer(s)-X _____ of Seller(s)-X _____

PRINTED NAME: of Buyer(s)- _____ of Seller(s)- _____

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*

NAME OF 1st LIENHOLDER: _____

ADDRESS OF 1st LIENHOLDER: _____

③ SECOND RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No. _____
I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:

Buyer(s)- _____ Address- _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

▶ _____ [NO TENTHS]  *CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK*
ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the Actual Mileage.- **WARNING-ODOMETER DISCREPANCY**
Date of Sale ___/___/___

SIGNATURE(S): of Buyer(s)-X _____ of Seller(s)-X _____

PRINTED NAME: of Buyer(s)- _____ of Seller(s)- _____

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*

NAME OF 1st LIENHOLDER: _____

ADDRESS OF 1st LIENHOLDER: _____

④ THIRD RE-ASSIGNMENT BY LICENSED DEALER • SELLING DEALER'S STATE Lic. No. _____
I/we warrant this Title and certify that the vehicle described herein has been transferred to the following:

Buyer(s)- _____ Address- _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

▶ _____ [NO TENTHS]  *CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK*
ODOMETER READING
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the Actual Mileage.- **WARNING-ODOMETER DISCREPANCY**
Date of Sale ___/___/___

SIGNATURE(S): of Buyer(s)-X _____ of Seller(s)-X _____

PRINTED NAME: of Buyer(s)- _____ of Seller(s)- _____

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE: (IF NONE, STATE "NONE")  \* \* \* \* \* \* \* \*

NAME OF 1st LIENHOLDER: _____

ADDRESS OF 1st LIENHOLDER: _____

**EXHIBIT "B"**

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____  Contract Number **3445315**  58700967

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| BELLE FOODS LLC<br>800 LAKESHORE PKWY<br>BIRMINGHAM AL 35209 JEFFERSON | JEFFREY WHITE<br>800 LAKESHORE PKWY<br>BIRMINGHAM AL 35209 JEFFERSON | HENDRICK CHRYSLER DODGE JEEP<br>1624 MONTGOMERY HWY<br>HOOVER AL 35216 JEFFERSON |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

MAR 14 2012

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2012 | CHRYSLER TOWN & COUNTRY | 2C4RC1CG5CR266878 | Dealer Financed ☑ personal, family or household<br>☐ business<br>☐ agricultural ☐ _____ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1500.00 |
|---|---|---|---|---|
| 6.64 % | $ 8856.75 | $ 40537.41 | $ 49394.16 | $ 50894.16 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 686.03 | Monthly beginning 04/23/2012 |

Or As Follows:

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __10.00__ or __5__ % of the part of the payment that is late, whichever is greater, not to exceed $100.00.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1. Cash Price (including $ __1391.96__ sales tax) .................. $ __38011.96__ (1)
2. Total Downpayment =
   Trade-in ____ (Year) ____ (Make) ____ (Model)
   Gross Trade-In Allowance .......... $ N/A
   Less Pay Off Made By Seller ...... $ N/A
   Equals Net Trade In .................. $ N/A
   + Cash .................................... $ N/A
   + Other MFG REBATES ............. $ 1500.00
   (If total downpayment is negative, enter "0" and see 4H below) $ __1500.00__ (2)
3. Unpaid Balance of Cash Price (1 minus 2) .................. $ __36511.96__ (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life ........ $ N/A
      Disability . $ N/A      $ N/A
   B Other Optional Insurance Paid to Insurance Company or Companies   $ N/A
   C Optional Gap Contract                                             $ 800.00
   D Official Fees Paid to Government Agencies
      N/A                                                              $ N/A
   E Government Taxes Not Included in Cash Price
      N/A                                                              $ N/A
   F Government License and/or Registration Fees
      N/A                                                              $ N/A
   G Government Certificate of Title Fees                              $ 16.50
   H Other Charges (Seller must identify who is paid and describe purpose)
      to N/A              for Prior Credit or Lease Balance       $ N/A
      to HENDAG INC       for SVC CONTRACT                        $ 2510.00
      to HENDRICK CHRYSLER for DLR ADMINISTRATIV                  $ 499.00
      to HENDAG INC       for MAINT CONTRACT                      $ 199.95
      to N/A              for N/A                                 $ N/A
      to N/A              for N/A                                 $ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf  $ __4025.45__ (4)
5. Amount Financed (3 + 4) .................. $ __40537.41__ (5)

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos.   HENDAG INC
                   Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may provide the required insurance through an existing policy. You may also buy it through someone independent of us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

Premium:
  Credit Life $ __N/A__
  Credit Disability $ __N/A__
Insurance Company Name
  N/A
Home Office Address __N/A__
  N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A _____ N/A
   Type of Insurance    Term
   Premium $ __N/A__
   Insurance Company Name
     N/A
   Home Office Address __N/A__
     N/A

☐ N/A _____ N/A
   Type of Insurance    Term
   Premium $ __N/A__
   Insurance Company Name
     N/A
   Home Office Address __N/A__
     N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature          Date

X _____
Co-Buyer Signature       Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE.**

Returned Check Charges: If any check you give to us is dishonored, you will repay us the charge we pay the bank for the return of the dishonored check. At our option, instead of asking you to repay us the charge we pay the bank, we may charge you $30 or such greater amount as the law permits.

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before __N/A__, Year ____. SELLER'S INITIALS ____

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _Belle Foods LLC_ by _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements. Any dispute resolution agreement you sign with us or an assignee of this contract will apply to claims related to this contract.
**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.
You agree to the terms of this contract and any dispute resolution agreement you signed with this contract. You confirm that before you signed this contract and any dispute resolution agreement, we gave them to you, and you were free to take them and review them. You acknowledge that you have read both sides of this contract, including the arbitration clause on the reverse side, before signing below. You confirm that you received a completely filled-in copy of these documents when you signed them.
**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**
Buyer Signs X _Belle Foods LLC_ by _____ Date 03/09/12  Co-Buyer Signs X _____ Date 03/09/12

Co-Buyer and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____
Seller signs _____ Date 03/09/12 by X _____ Address _____ Title _____

Seller assigns its interest in this contract to BBVA COMPASS   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse
HENDRICK CHRYSLER DODGE JEEP
Seller _____ By _Sharon Farmer_ Title _Off Mgr_

LAW FORM NO. 553-AL-ARB 4/06
ORIGINAL LIENHOLDER

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment first to the earned and unpaid part of the Finance Charge, and then to the unpaid part of the Amount Financed.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than one and one half times as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when it is due without penalty. You may refinance on terms no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
   If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe who is not our salaried employee and the Amount Financed exceeds $300, you will pay the attorney's reasonable fee and court costs as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe after default.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully, and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para esta vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **Applicable Law**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

**ARBITRATION CLAUSE**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Clause, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or any other organization that you may choose subject to our approval. You may get a copy of the rules of these organizations by contacting the arbitration organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law in making an award. The arbitration hearing shall be conducted in the federal district in which you reside unless the Creditor-Seller is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will advance your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $2500, which may be reimbursed by decision of the arbitrator at the arbitrator's discretion. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Clause, then the provisions of this Arbitration Clause shall control. The arbitrator's award shall be final and binding on all parties, except that in the event the arbitrator's award for a party is $0 or against a party is in excess of $100,000, or includes an award of injunctive relief against a party, that party may request a new arbitration under the rules of the arbitration organization by a three-arbitrator panel. The appealing party requesting new arbitration shall be responsible for the filing fee and other arbitration costs subject to a final determination by the arbitrators of a fair apportionment of costs. Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration.

You and we retain any rights to self-help remedies, such as repossession. You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies or filing suit. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Clause shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Clause, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Clause shall be unenforceable.

Form No. 553-AL-ARB 4/05

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document on the attached Master Service List by Notice of Electronic Filing, U.S. First Class Mail or email as indicated on this the 11th day of September, 2013.

      /s/ Brent W. Dorner
      OF COUNSEL

Master Service List: *In re: Belle Foods, LLC*; Case No. 13-81963-JAC11; updated 9/11/2013

**VIA ECF:**

Richard Blythe
Bankruptcy Administrator
United States Bankruptcy Court
Northern District of Alabama
P.O. Box 3045
Decatur, AL 35602
Richard_Blythe@alnba.uscourts.gov

Counsel for the Debtor Belle Foods, LLC
D. Christopher Carson
Marc P. Solomon
Brent W. Dorner
Burr & Forman LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35203
ccarson@burr.com
msolomon@burr.com
bdorner@burr.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
David K. Bowsher
Richard P. Carmody
Russell J. Rutherford
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
david.bowsher@arlaw.com
richard.carmody@arlaw.com
russell.rutherford@arlaw.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
cobb@lrclaw.com

Counsel for Mrs. Stratton's Salads, Inc., BTC Wholesale Distributors, Inc., Southern Food Groups, LLC (d/b/a Brown's Dairy), Purity Dairies, LLC, Dean Dairy Holdings, LLC (d/b/a Barber Dairies) and Mayfield Dairy Farms, LLC
Stephen B. Porterfield
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
sporterfield@sirote.com

Counsel for Aronov Realty Management, Inc. and Gulfdale Improvements, LLC
David L. Pollack
Ballard Spahr LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
pollack@ballardspahr.com

Counsel for Retail, Wholesale & Department Store Union, Mid-South Council
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco LLP
Mountain Brook Center, Suite 380
2700 Highway 280 East
Birmingham, AL 35223
gdavies@qcwdr.com

Counsel for SunTrust Bank
Ronald G. Steen, Jr.
Stites & Harbison PLLC
401 Commerce Street, Ste. 800
Nashville, TN 37219
ronald.steen@stites.com

Counsel for Gulf Market Development, LLC, Saraland Loop Road, L.L.C., Tuttle Papock Springhill, LLC, Northside, Ltd., John White-Spunner, The John White-Spunner Children's Trust, The Extended Trust Agreement f/b/o Jay White-Spunner's Children Dated October 31, 2002, Jay E, L.L.C., John Rudolph Turner, and Marl M. Cummings, III
David A. Boyett, III
Anders, Boyett & Brady, P.C.
One Maison Suite 203
3800 Airport Boulevard
Mobile, AL 36608
dboyett@abblawfirm.com

Counsel for Pinebrook Properties, LLC, Goldring Gulf Distributing, LLC, Allstate Beverage Co., LLC and Gulf Distributing Co. of Mobile, LLC
Lawrence B. Voit
Silver, Voit & Thompson, Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
lvoit@silvervoit.com

2101773 v6

Counsel for Golden Flake Snack Foods, Inc.
Walter F. McArdle
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, Alabama 35203
wfm@spain-gillon.com

Counsel for Wright/Hurd Properties, LLC
Randolph M. Fowler
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P. O. Box 020848
Tuscaloosa, AL 35402-0848
rfowler@pjgf.com

Counsel for Community Coffee Company, L.L.C.
David S. Rubin
Kantrow, Spaht, Weaver & Blitzer (APLC)
P.O. Box 2997
Baton Rouge, LA 70821-2997
david@kswb.com

Counsel for Flowers Baking Co. of Thomasville, LLC, Flowers Baking Co. of Villa Rica, LLC, Flowers Baking Co. of Birmingham, LLC, Flowers Baking Co. of Tuscaloosa, LLC, Flowers Baking Co. of New Orleans, LLC and Derst Baking Company, LLC
Todd C. Meyers
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
tmeyers@kilpatricktownsend.com

Counsel for Alabama Power Company
Eric T. Ray
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
eray@balch.com

Counsel for Green Springs, Ltd.
Rita H. Dixon
217 Country Club Park, PMB 515
Birmingham, AL 35213
ritadixon10@gmail.com

Counsel for Mercury Retail Services, LLC and The News Group, LP
Jesse S Vogtle, Jr.
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
jvogtle@balch.com

Counsel for Graphic Media Solutions LLC
John C. Pennington
John C. Pennington, P.C.
18 Yonah Street
Helen, GA 30545
jcppc@windstream.net

Counsel for Cal-Maine Foods, Inc.
Justin B. Little
Reynolds, Reynolds & Little, LLC
P.O. Box 2863
Tuscaloosa, AL 35403-2863
jlittle@rrllaw.com

Counsel for Green Springs, Ltd.
Walter F. Scott, III
Galloway, Scott, Moss & Hancock, LLC
2200 Woodcrest Place, Suite 310
Birmingham, AL 35209
wfs3@gallowayscott.com

Counsel for Flowers Baking Co. of Thomasville, LLC, Flowers Baking Co. of Villa Rica, LLC, Flowers Baking Co. of Birmingham, LLC, Flowers Baking Co. of Tuscaloosa, LLC, Flowers Baking Co. of New Orleans, LLC and Derst Baking Company, LLC
Mark P. Williams
Norman, Wood, Kendrick and Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
mpwilliams@nwkt.com

Attorney for Marilyn E. Wood, Mobile County Revenue Commissioner
Christopher Kern
P.O. Box 48
Mobile, AL 36601
chriskernlaw@comcast.net

Counsel for Trav-Ad Signs & Electric, Inc.
Angela S. Ary
Heard Ary, LLC
307 Clinton Ave. W., Suite 310
Huntsville, AL 35801
aary@heardlaw.com

Counsel for Airgas USA, LLC
Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, DE 19899
Kmiller@skfdelaware.com

| | |
|---|---|
| Counsel for Nalley-Garrett Cochran, LLC<br>Jean Winborne Boyles<br>Johnson, Hearn, Vinegar, Gee & Glass, PLLC<br>P.O. Box 1776<br>Raleigh, NC 27602<br>jboyles@jhvgglaw.com | Counsel for S & L Mechanical, Inc.<br>William M. Hancock<br>Wolfe, Jones, Conchin, Wolfe, Hancock & Daniel, LLC<br>905 Bob Wallace Avenue<br>Huntsville, AL 35801<br>bankruptcy@wolfejones.com |
| Co-Counsel for the Official Committee of Unsecured Creditors<br>R. Scott Williams<br>Jennifer B. Kimble<br>Haskell Slaughter Young & Rediker, LLC<br>2001 Park Place, Suite 1400<br>Birmingham, AL 35203<br>rsw@hsy.com<br>jk@hsy.com | Co-Counsel for the Official Committee of Unsecured Creditors<br>David M. Posner<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>dposner@oshr.com |
| Counsel for Electronic Imaging Services, Inc. d/b/a/ Vestcom Retail Solutions<br>James G. Henderson<br>Pritchard, McCall & Jones, L.L.C.<br>505 North 20th Street, Suite 800<br>Birmingham, AL 35203<br>jamesh@pm-j.com | Counsel for Red Diamond, Inc.<br>M. Lee Johnsey, Jr.<br>Balch & Bingham LLP<br>Post Office Box 306<br>Birmingham, AL 35201<br>ljohnsey@balch.com |
| Counsel for Thomas Dudley<br>S. Dagnal Rowe<br>P.O. Box 2168<br>Huntsville, AL 35804<br>drowe@wilmerlee.com | Counsel for Decatur Coca-Cola Bottling Company<br>Travis Stuart Jackson<br>Lanier, Ford, Shaver & Payne, P.C.<br>P.O. Box 2087<br>Huntsville, AL 35805<br>tsj@lanierford.com |
| Counsel for ACE American Insurance Company<br>David B. Anderson<br>Anderson Weidner, LLC<br>505 20th Street North, Suite 1450<br>Birmingham, AL 35203-4635<br>dbanderson@andersonweidner.com | Counsel for Baldwin EMC<br>W. Alexander Gray, Jr.<br>Silver, Voit & Thompson, Attorneys at Law, P.C.<br>4317-A Midmost Drive<br>Mobile, AL 36609<br>agray@silvervoit.com |
| Counsel for Pensecola Supermarket Owners, LLC<br>R. Garth Ferrell<br>Mallgren & Ferrell, P.C.<br>8480 East Orchard Road, Suite 6500<br>Greenwood Village, CO 80111-5014<br>gferrell@mallgrenferrell.com | Counsel for Riverchase Lorna, L.P.<br>Robert Fehse<br>David J. Cocke<br>Evans Petree, PC<br>1000 Ridgeway Loop Road, Suite 200<br>Memphis, TN 38120<br>rfehse@evanspetree.com<br>dcocke@evanspetree.com |
| Counsel for STORE SPE Belle, LLC<br>Lisa M. Peters<br>Kutak Rock LLP<br>1650 Farnam Street<br>Omaha, NE 68102<br>lisa.peters@kutakrock.com | Counsel for Lynn Haven Development Corporation<br>Thomas A. Nettles, IV<br>Espy, Nettles, Scogin and Brantley, P.C.<br>P.O. Box 2786<br>Tuscaloosa, AL 35403<br>tanttls@bellsouth.net |

Counsel for Bright-Meyers Dublin Associates, L.P.
Nicholas W. Whittenburg
Miller & Martin PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289
nwhittenburg@millermartin.com

Counsel for Mobile County License Commissioner
Missty C. Gray
Adams and Reese LLP
P.O. Box 1348
Mobile, Alabama 36633
missty.gray@arlaw.com

Counsel for Associated Wholesale Group, Inc.
Mark Benedict
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
mark.benedict@huschblackwell.com

Counsel for MRPM Cullman Services, LLC and Cullman Shopping Center, Inc.
Daniel D. Sparks
Bradley R. Hightower
Christian & Small LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
ddsparks@csattorneys.com
brh@csattorneys.com

Counsel for James Beard and Sandra Beard
E.B. Harrison Willis
Cloud & Tidwell, LLC
201 Beacon Parkway West, Suite 400
Birmingham, Alabama 35209
hwillis@cloudtidwell.com

Counsel for S & P of Macon, Inc.
Judson E. Crump
25029 Planters Drive
Daphne, AL 36526
jecrump.attorney@gmail.com

Counsel for Microsoft Corporation and Microsoft Licensing GP
Maria A. Milano
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
mmilano@riddellwilliams.com

Counsel for Pepsi Cola Decatur, LLC
Steven C. Sasser
Blackburn, Maloney & Schuppert, LLC
P.O. Box 1469
Decatur, AL 35602-1469
ssasser@bmsatty.com

Counsel for Scottsboro Electric Power Board
John F. Porter, III
John F. Porter, III, P.C.
123 East Laurel Street
Scottsboro, AL 35768
jfplaw@scottsboro.org

Counsel for City of Hoover, Alabama
April B. Danielson
Waldrep Stewart & Kendrick, LLC
2323 Second Avenue North
Birmingham, AL 35203
adanielson@wskllc.com

Counsel for Frito-Lay North America, Inc. and Bottling Group, LLC operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company
Joseph D. Frank
Frankgecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
jfrank@fgllp.com

Counsel for 4324 Lillian Hwy LLC c/o Waterstone Southeast Holding Company LLC
A. Todd Darwin
Holcombe Bomar, P.A.
Post Office Drawer 1897
Spartanburg, SC 29304
tdarwin@holcombebomar.com

Counsel for Gershman Properties, LLC
John P. Kreis
John P. Kreis, PC
601 W. 5th St., 8th Floor
Los Angeles, CA 90071
jkreis@kreislaw.com

Counsel for Donna Landis
Dana Rizor Burton
Higgs & Emerson
405 Franklin Street
Huntsville, AL 35801
dburton@higgsandemerson.com

**VIA EMAIL (EQUITY SECURITY HOLDERS):**

| | |
|---|---|
| Jeffrey D. White<br>671 Summit Point<br>Birmingham, AL 35226<br>jeffwhitex@gmail.com | Jeffrey D. White Children's Trust<br>671 Summit Point<br>Birmingham, AL 35226<br>jeffwhitex@gmail.com |
| William D. White<br>2548 Willow Brook Circle<br>Birmingham, AL 35242<br>BelleFoods@aol.com | William D. White Children's Trust<br>2548 Willow Brook Circle<br>Birmingham, AL 35242<br>BelleFoods@aol.com |

**VIA E-MAIL:**

STORE SPE Belle, LLC
Michael T. Bennett, Executive VP - Operations
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mbennett@storecapital.com

STORE Capital
Michael J. Zieg, Executive VP-Portfolio Management
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mzieg@storecapital.com

Counsel for STORE SPE Belle, LLC
Jeff Wegner
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jeffrey.wegner@kutakrock.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Jeffery S. DeArman
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
jeffery.dearman@arlaw.com

Counsel for Flowers Baking Co. of Thomasville, LLC, Flowers Baking Co. of Villa Rica, LLC, Flowers Baking Co. of Birmingham, LLC, Flowers Baking Co. of Tuscaloosa, LLC, Flowers Baking Co. of New Orleans, LLC and Derst Baking Company, LLC
Matthew W. Levin
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
mlevin@kilpatricktownsend.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Jeffrey R. Drobish
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
drobish@lrclaw.com
mcguire@lrclaw.com

Counsel for Southern Food Groups, LLC (d/b/a Brown's Dairy), Dean Dairy Holdings, LLC (d/b/a Barber Dairies and d/b/a Purity Dairies, LLC) and Mayfield Dairy Farms, LLC
Mark H. Ralston
Estes, Okon, Thorne & Carr, PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
mralston@estesokon.com

Co-Counsel for the Official Committee of Unsecured Creditors
Gianfranco Finizio
Scott L. Hazan
Jessica M. Ward
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
gfinizio@oshr.com
shazen@oshr.com
jward@oshr.com

Counsel for Community Coffee Company, L.L.C.
W. Carlos Spaht
Kantrow, Spaht, Weaver & Blitzer (APLC)
P.O. Box 2997
Baton Rouge, LA 70821-2997
carlos@kswb.com

Airgas USA, LLC
David Boyle
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087
david.boyle@airgas.com

Counsel for Retail, Wholesale & Department Store
Union, Mid-South Council
Amy D. Gundlach
Quinn, Connor, Weaver, Davies & Rouco LLP
Mountain Brook Center, Suite 380
2700 Highway 280 East
Birmingham, AL 35223
agundlach@qcwdr.com

Counsel for Gershman Properties, LLC
Kenneth J. Schelberg
Schelberg & Ross LLP
15048 Rayneta Drive
Sherman Oaks, California 91403
kschelberg@schelross.com

The Food Partners, LLC
Matthew S. Morris
5335 Wisconsin Avenue, NW, Suite 410
Washington, DC 20015
msmorris@thefoodpartners.com

Counsel for Balboa Retail Partners, LLC
Lisa Wolgast
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E., Suite 1600
Atlanta, GA 30326
lwolgast@mmmlaw.com

Counsel for Pepsi Cola Decatur, LLC
Kenneth M. Schuppert, Jr.
Blackburn, Maloney & Schuppert, LLC
P.O. Box 1469
Decatur, AL 35602-1469
kschuppert@bmsatty.com

Counsel for Mercury Retail Services, LLC
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201
d'apice@sbep-law.com

IBM Corporation
Patricia Di Bello
National Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, Quebec H2X 3R7
Canada
pdibello@ca.ibm.com

Counsel for Electronic Imaging Services, Inc. d/b/a/
Vestcom Retail Solutions
Brian Rosenthal
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893
brosenthal@roselawfirm.com

Counsel for Pensecola Supermarket Owners, LLC
Anthony K. Mallgren
Mallgren & Ferrell, P.C.
8480 East Orchard Road, Suite 6500
Greenwood Village, CO 80111-5014
amallgren@mallgrenferrell.com

The Food Partners, LLC
James Floyd
7000 David Lane
Colleyville, TX 76034
jfloyd@thefoodpartners.com

Counsel for Mondelez Global, LLC
Glenn C. Thompson
Hamilton Stephens Steele & Martin, PLLC
201 South College Street, Suite 2020
Charlotte, NC 28244
gthompson@lawhssm.com

Counsel for Frito-Lay North America, Inc. and Bottling
Group, LLC operating collectively with affiliates and their
subsidiaries as Pepsi Beverages Company
Jeremy C. Kleinman
Frankgecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
jkleinman@fgllp.com

**VIA U.S. MAIL (STORE LANDLORDS):**

| | |
|---|---|
| Lynn Haven Development Corp.<br>P.O. Drawer 1460<br>Tuscaloosa, AL  35403 | HPA Northridge LLC<br>c/o Equity Investment Group<br>111 E. Wayne Street, #500<br>Fort Wayne, IN  46802 |
| COMM 2006-FL12 Grocery Stores Master SPE, LLC<br>Steven D. Ferreira, RPA<br>LNR Partners, LLC<br>1601 Washington Ave, Suite 700<br>Miami Beach, FL 33139 | COMM 2006-FL12 Grocery Stores Master SPE, LLC<br>c/o McKinley, Inc.<br>PO Box 3125<br>Ann Arbor, MI 48106-3125 |
| University Mall LLC<br>Aronov Realty Mgmt Inc.<br>P.O. Box 235021<br>Montgomery, AL  36123 | Starkville Grocery Owners LLC<br>c/o AAG Management<br>421 7th Avenue<br>New York, NY  10001 |
| Wright-Hurd Properties<br>1418 Greensboro Ave., Ste. B<br>Tuscaloosa, AL  35401 | Highway 69 Properties LLC<br>402 17th Avenue<br>Tuscaloosa, AL  35401 |
| Multiple Properties LTD<br>c/o Cummings & Associates, Inc.<br>P.O. Drawer 16227<br>Mobile, AL  36616-0227 | Rochester-Mobile LLC and Salzman-Mobile LLC<br>c/o Calkain Asset Management<br>11150 Sunset Hills Rd, Ste 300<br>Reston, VA 20190 |
| Tuttle Papock Springhill, LLC<br>c/o LW Cave Real Estate, Inc.<br>P.O. Box 81322<br>Mobile, AL  36689 | Saraland Loop Road, LLC<br>c/o White-Spunner & Associates, Inc.<br>Dept. 5086<br>P.O. Box 2153<br>Birmingham, AL  35287-5086 |
| Saraland Loop Road, LLC<br>c/o White-Spunner & Associates, Inc.<br>P.O. Box 7475<br>Mobile, AL  36670-0475 | Mount Corporation<br>132 Bala Avenue<br>Bala Cynwyd, PA 19004 |
| B&D Associates II, LLC<br>P.O. Box 307<br>Ashburn, GA  31714-0307 | BRC Dublin, LLC<br>c/o Blue Ridge Capital LLC<br>3715 Northside Parkway, Ste. 2-450<br>Atlanta, GA  30327 |
| Cloverdale Station Inc.<br>c/o Phillips Edison & Company<br>11501 Northlake Dr.<br>Cincinnati, OH 45249-1669 | Cloverdale Station Inc.<br>5195 Paysphere Circle<br>Chicago, IL 60674 |
| Bright-Meyers Dublin Associates, LP<br>c/o Fletcher Bright Company<br>537 Market Street #400<br>Chattanooga, TN 37402 | |

| | |
|---|---|
| Internal Revenue Service<br>District Director - Northern District of Alabama<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Counsel for IBM Credit LLC<br>Paul Wearing<br>Special Handling Group - MD NC317<br>6303 Barfield Road<br>Atlanta, GA 30328 |

GE Capital Information Technology Solutions, Inc.
f/d/b/a IKON Financial Services
Christine Etheridge
Bankruptcy Administration
1738 Bass Road
Macon, GA 31208