IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: BELLE FOODS, LLC, | ) ) | Case No.: 13-81963-11 |
| Debtor. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5th, 2013, I filed document 453, Motion for Relief from Stay, via the CM/ECF live database, which sent electronic notification to the following parties of record:

D Christopher Carson
Brent W. Dorner
Marc P. Solomon
BURR & FORMAN LLP
420 North 20th Street
3100 South Trust Tower
Birmingham, AL  35203
*Attorneys for Debtor*

Gianfranco Finizio
Scott L. Hazan
David Merrill Posner*
Jessica M. Ward
OTTERBOURG, STEINDLER, HOUSTON & ROSEN
230 Park Avenue
New York, NY 10169-0075
*Attorneys for Unsecured Creditor's Committee Belle Foods, LLC*
**Attorney for Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

Jennifer Brooke Kimble
R. Scott Williams
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
2001 Park Place
Suite 1400
Birmingham, AL 35203
*Attorneys for Unsecured Creditor's Committee Belle Foods, LLC*