United States Bankruptcy Court
Northern District of Alabama

In re:                                                                                                              Case No. 13-81963-JAC
Belle Foods, LLC                                                                                                Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8             User: mbogue                   Page 1 of 3                     Date Rcvd: Sep 09, 2013
                                        Form ID: pdf000             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2013.
aty          +Jay E. Emerson, Jr.,    405 Franklin St.,    Huntsville, AL 35801-4210
mv          +Donna Landis,    2500 E. Avalon Ave.,    Apt. J-3,    Muscle Shoals, AL 35661-3172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2013                                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2013 at the address(es) listed below:
         Andrew Todd Darwin   on behalf of Creditor 4324 Lillian Hwy LLC  c/o Waterstone Southeast Holding
          Company LLC tdarwin@holcombebomar.com,   rmitchell@holcombebomar.com
         Angela Stewart Ary   on behalf of Creditor   Trav-Ad Signs & Electric, Inc. aary@heardlaw.com,
          kheard@heardlaw.com;adauro@heardlaw.com;bstonemetz@heardlaw.com;sboyd@heardlaw.com
         April Bryan Danielson   on behalf of Creditor   City of Hoover, Alabama adanielson@wskllc.com
         Bradley Richard Hightower   on behalf of Creditor   Cullman Shopping Center, Inc.
          brhightower@csattorneys.com,   gg@csattorneys.com
         Bradley Richard Hightower   on behalf of Creditor   MRPM Cullman Services, LLC
          brhightower@csattorneys.com,   gg@csattorneys.com
         Brent W Dorner   on behalf of Debtor   Belle Foods, LLC bdorner@burr.com,
          mstinson@burr.com;shollis@burr.com
         Christopher Kern   on behalf of Creditor   Marilyn E. Wood, Mobile County Revenue Commissioner
          chriskernlaw@comcast.net
         D Christopher Carson   on behalf of Debtor   Belle Foods, LLC ccarson@burr.com
         Dana Rizor Burton   on behalf of Movant Donna  Landis dburton@higgsandemerson.com
         Daniel D Sparks   on behalf of Creditor   MRPM Cullman Services, LLC ddsparks@csattorneys.com,
          jgguier@csattorneys.com
         Daniel D Sparks   on behalf of Creditor   Cullman Shopping Center, Inc. ddsparks@csattorneys.com,
          jgguier@csattorneys.com
         David A. Boyett, III   on behalf of Creditor   The Extended Trust Agreement f/b/o Jay
          White-Spunner's Children Dated October 31, 2002 dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor John  White-Spunner dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor   The John White-Spunner Children's Trust
          dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor   Saraland Loop Road,L.L.C. dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor Marl M. Cummings, III dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor   Jay E, LLC dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor   Gulf Market Development, LLC dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor   Tuttle Papock Springhill, LLC
          dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor John Rudolph Turner dboyett@abblawfirm.com
         David A. Boyett, III   on behalf of Creditor   Northside, Ltd. dboyett@abblawfirm.com
         David B. Anderson   on behalf of Creditor   ACE American Insurance Company (Creditor)
          dbanderson@andersonweidner.com,   filings@andersonweidner.com
         David J Cocke   on behalf of Creditor   Riverchase Lorna PC
          dcocke@evanspetree.com;tedwards@evanspetree.com,   tedwards@evanspetree.com
         David K Bowsher   on behalf of Creditor   C&S Wholesale Grocers, Inc. david.bowsher@arlaw.com,
          linda.larsen@arlaw.com
         David K Bowsher   on behalf of Creditor   Southern Family Markets, LLC david.bowsher@arlaw.com,
          linda.larsen@arlaw.com
         David L Pollack   on behalf of Creditor   Gulfdale Improvements, LLC pollack@ballardspahr.com
         David L Pollack   on behalf of Creditor   Aronov Realty Management, Inc. pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              David Merrill Posner    on behalf of Creditor Committee    Proposed Co-Counsel to the Official
               Committee of Unsecured Creditors dposner@oshr.com
              David Merrill Posner    on behalf of Creditor Committee    Unsecured Creditors' Committee of Belle
               Foods, LLC dposner@oshr.com
              David Samuel Rubin    on behalf of Creditor    Community Coffee Company, LLC david@kswb.com
              E.B. Harrison Willis    on behalf of Creditor James  Beard ebhw@yahoo.com,
               hwillis@cloudtidwell.com;wbullock@cloudtidwell.com
              E.B. Harrison Willis    on behalf of Creditor Sandra  Beard ebhw@yahoo.com,
               hwillis@cloudtidwell.com;wbullock@cloudtidwell.com
              Eric T Ray    on behalf of Creditor    ALABAMA POWER COMPANY eray@balch.com, bfreeman@balch.com
              George N. Davies    on behalf of Creditor    Retail, Wholesale & Department Store Union, Mid-South
               Council gdavies@qcwdr.com,   jherrin@qcwdr.com;agundlach@qcwdr.com
              George N. Davies    on behalf of Attorney George N. Davies gdavies@qcwdr.com,
               jherrin@qcwdr.com;agundlach@qcwdr.com
              George N. Davies    on behalf of Interested Party    Retail, Wholesale & Department Store Union,
               Mid-South Council gdavies@qcwdr.com,   jherrin@qcwdr.com;agundlach@qcwdr.com
              James G Henderson    on behalf of Creditor    Electronic Imaging Services, Inc. d/b/a Vestcom
               Retail JamesH@pm-j.com
              Jean Winborne Boyles    on behalf of Creditor    Nalley-Garrett Cochran, LLC jboyles@jhvgglaw.com
              Jennifer Brooke Kimble    on behalf of Creditor Committee    Unsecured Creditors' Committee of
               Belle Foods, LLC jk@hsy.com,   mjb@hsy.com
              Jesse S Vogtle, Jr    on behalf of Creditor    Mercury Retail Services, LLc jvogtle@balch.com,
               kharding@balch.com
              Jesse S Vogtle, Jr    on behalf of Creditor    The News Group, LP jvogtle@balch.com,
               kharding@balch.com
              John Charles Pennington    on behalf of Creditor    Graphic Media Solutions, LLC
               jcppc@windstream.net
              John F Porter, III    on behalf of Creditor    Scottsboro Electric Power Board jfplaw@scottsboro.org
              John P Kreis    on behalf of Creditor    Gershman Properties, LLC jkreis@kreislaw.com,
               j.kreis@ca.rr.com
              Joseph D. Frank    on behalf of Creditor    Frito-Lay North America, Inc. jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com
              Joseph D. Frank    on behalf of Creditor    Bottling Group, LLC, operating collectively with
               affiliates and their subsidiaries as Pepsi Beverages Company jfrank@fgllp.com,
               ccarpenter@fgllp.com;rheiligman@fgllp.com
              Judson Eric Crump    on behalf of Creditor    S & P of Macon, Inc judsonecrump@gmail.com
              Justin B. Little    on behalf of Creditor    Cal-Maine Foods, Inc. jlittle@rrllaw.com,
               alee@rrllaw.com
              Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC Kmiller@skfdelaware.com,
               seh@skfdelaware.com
              Lawrence B Voit    on behalf of Creditor    Goldring Gulf Distributing, LLC lvoit@silvervoit.com,
               mmalcomb@silvervoit.com
              Lawrence B Voit    on behalf of Creditor    Pinebrook Properties, LLC lvoit@silvervoit.com,
               mmalcomb@silvervoit.com
              Lawrence B Voit    on behalf of Creditor    Gulf Distributing Co. of Mobile, LLC
               lvoit@silvervoit.com,   mmalcomb@silvervoit.com
              Lawrence B Voit    on behalf of Creditor    Allstate Beverage Co., LLC lvoit@silvervoit.com,
               mmalcomb@silvervoit.com
              Lisa M Peters    on behalf of Creditor    STORE SPE Belle, LLC lisa.peters@kutakrock.com
              M. Lee Johnsey, Jr.    on behalf of Creditor    Red Diamond, Inc. ljohnsey@balch.com
              Marc P Solomon    on behalf of Debtor    Belle Foods, LLC msolomon@burr.com, shollis@burr.com
              Maria Ann Milano    on behalf of Creditor    Microsoft Corporation mmilano@riddellwilliams.com
              Mark  Benedict    on behalf of Creditor    Associated Wholesale Grocers, Inc.
               mark.benedict@huschblackwell.com
              Missty C Gray    on behalf of Creditor    Mobile County License Commissioner missty.gray@arlaw.com,
               joy.massey@arlaw.com
              Nicholas Warner Whittenburg    on behalf of Creditor    Bright-Meyers Dublin Associates, L.P.
               nwhittenburg@millermartin.com,   sdiegel@millermartin.com
              R. Scott Williams    on behalf of Creditor Committee    Unsecured Creditors' Committee of Belle
               Foods, LLC rsw@hsy.com,   ra@hsy.com
              Randolph M Fowler    on behalf of Interested Party    Wright/Hurd Properties, LLC rfowler@pjgf.com,
               randolphfowler@hotmail.com
              Richard Garth Ferrell    on behalf of Creditor    Pensecola Supermarket Owners, LLC
               gferrell@mallgrenferrell.com
              Richard M Blythe    Richard_Blythe@alnba.uscourts.gov,   courtmaildec@alnba.uscourts.gov
              Richard Patrick Carmody    on behalf of Creditor    Southern Family Markets, LLC
               richard.carmody@arlaw.com
              Richard Patrick Carmody    on behalf of Creditor    C&S Wholesale Grocers, Inc.
               richard.carmody@arlaw.com
              Richard Scott Cobb    on behalf of Creditor    C&S Wholesale Grocers, Inc. cobb@lrclaw.com,
               mumford@lrclaw.com
              Rita H Dixon    on behalf of Creditor    Green Springs, Ltd. ritadixon@mindspring.com
              Robert John Fehse, Jr    on behalf of Creditor    Riverchase Lorna PC rfehse@evanspetree.com,
               crecord@evanspetree.com
              Ronald G Steen, Jr    on behalf of Creditor    Suntrust Bank ronald.steen@stites.com
              Russell  Rutherford    on behalf of Creditor    C&S Wholesale Grocers, Inc.
               russell.rutherford@arlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Russell Rutherford   on behalf of Creditor   Southern Family Markets, LLC russell.rutherford@arlaw.com
        S. Dagnal Rowe   on behalf of Creditor   Thomas Dudley drowe@wilmerlee.com, dbranche@wilmerlee.com
        Stephen B Porterfield   on behalf of Creditor   BTC Wholesale Distributors, Inc. sporterfield@sirote.com, cwhitburn@sirote.com
        Stephen B Porterfield   on behalf of Creditor   Mayfield Dairy Farms, LLC sporterfield@sirote.com, cwhitburn@sirote.com
        Stephen B Porterfield   on behalf of Creditor   Mrs. Stratton's Salads, Inc. sporterfield@sirote.com, cwhitburn@sirote.com
        Stephen B Porterfield   on behalf of Creditor   Southern Food Groups, LLC (d/b/a Brown's Dairy) sporterfield@sirote.com, cwhitburn@sirote.com
        Stephen B Porterfield   on behalf of Creditor   Purity Dairies, LLC sporterfield@sirote.com, cwhitburn@sirote.com
        Stephen B Porterfield   on behalf of Creditor   Dean Dairy Holdings, LLC (d/b/a Barber Dairies) sporterfield@sirote.com, cwhitburn@sirote.com
        Steven C Sasser   on behalf of Creditor   Pepsi Cola Decatur, LLC ssasser@bmsatty.com
        Thomas A Nettles, IV   on behalf of Creditor   Lynn Haven Development Corporation tanttls@bellsouth.net
        Todd C. Meyers   on behalf of Interested Party   Derst Baking Company, LLC TMeyers@Kilpatricktownsend.com, mwilliams@Kilpatricktownsend.com
        Todd C. Meyers   on behalf of Interested Party   Flowers Baking Co. of Thomasville, LLC TMeyers@Kilpatricktownsend.com, mwilliams@Kilpatricktownsend.com
        Todd C. Meyers   on behalf of Interested Party   Flowers Baking Co. of Villa Rica, LLC TMeyers@Kilpatricktownsend.com, mwilliams@Kilpatricktownsend.com
        Todd C. Meyers   on behalf of Interested Party   Flowers Baking Co. of Tuscaloosa, LLC TMeyers@Kilpatricktownsend.com, mwilliams@Kilpatricktownsend.com
        Todd C. Meyers   on behalf of Interested Party   Flowers Baking Co. of New Orleans, LLC TMeyers@Kilpatricktownsend.com, mwilliams@Kilpatricktownsend.com
        Todd C. Meyers   on behalf of Interested Party   Flowers Baking Co. of Birmingham, LLC TMeyers@Kilpatricktownsend.com, mwilliams@Kilpatricktownsend.com
        Travis Stuart Jackson   on behalf of Creditor   Decatur Coca-Cola Botting Company tsj@lanierford.com, lgish@lanierford.com
        W Alexander Gray, Jr   on behalf of Creditor   Baldwin EMC agray@silvervoit.com
        Walter F McArdle   on behalf of Creditor   Golden Flake Snack Foods, Inc. wfm@spain-gillon.com, mdj@spain-gillon.com
        Walter F Scott, III   on behalf of Creditor   Green Springs, Ltd. wfs3@gallowayscott.com
        William M. Hancock   on behalf of Creditor   S & L Mechanical, Inc. bankruptcy@wolfejones.com

                                                                                       TOTAL: 92

In the Matter of:

Belle Foods, LLC

Case No. 13-81963-JAC-11

Chapter 11

Debtor(s)

**ORDER**

It appears to the Court that the below entitled pleading is deficient for the reason marked:

Motion to Lift Stay filed by Donna Landis

☐ Certificate of service does not indicate that the pleading was served pursuant to Bankruptcy Rules 9014 and 7004. (Registered agent, officer, name of person signing claim, etc.)

☐ Modification - Certificate of service must indicate service on all creditors as per the clerk's certified matrix and must also indicate service on the creditor directly affected, i.e. mortgage company (Registered agent, officer, name of person signing claim, etc.)

☐ Please file amended certificate of service indicating service on all creditors and specifically on affected creditor.

☒ The pleading did not contain a certificate of service indicating service. Bankruptcy Rule 4001 requires in Chapter 11 cases that motions to lift must be served on any committee or if no committee has been appointed on the 20 largest creditors. Please file a certificate of service relating to the motion.

☐ Bankruptcy Rule 9014 requires that the Federal Rules of Civil Procedure concerning discovery apply in contested matters and adversary proceedings. The court does not issue an order to compel until rules of discovery are complied with. Motion is returned herewith.

☐ A corporate entity cannot practice law and must be represented by a licensed attorney. Please have attorney re-file pleading and indicate service on the correct parties.

☒ Other: It appears that the motion was filed in duplicate. Please file a corrective entry or a withdrawal of the motion filed as docket #452 as the filing fee paid relates to docket #453.

If the deficiency is not corrected within 14 days of the date of the entry of this order, the pleading shall be dismissed.
Dated: September 9, 2013

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge

xc: Dana Burton, Counsel for Donna Landis
Jay Emerson, Counsel for Donna Landis