# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

In Re:     BELLE FOODS, LLC,     )
                                                         )     Case No.: 13-81963-11
     Debtor.                          )
                                                         )

## **CERTIFICATE OF SERVICE**

        I hereby certify that on September 5th, 2013, I filed document 453, Motion for Relief from Stay, via the CM/ECF live database, which sent electronic notification to the following parties of record:

D Christopher Carson
Brent W. Dorner
Marc P. Solomon
BURR & FORMAN LLP
420 North 20th Street
3100 South Trust Tower
Birmingham, AL 35203
*Attorneys for Debtor*

Gianfranco Finizio
Scott L. Hazan
David Merrill Posner*
Jessica M. Ward
OTTERBOURG, STEINDLER, HOUSTON & ROSEN
230 Park Avenue
New York, NY 10169-0075
*Attorneys for Unsecured Creditor's Committee Belle Foods, LLC*
**Attorney for Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

Jennifer Brooke Kimble
R. Scott Williams
HASKELL SLAUGHTER YOUNG & REDIKER, LLC
2001 Park Place
Suite 1400
Birmingham, AL 35203
*Attorneys for Unsecured Creditor's Committee Belle Foods, LLC*

Richard Blythe
P.O. Box 3045
Decatur, AL 35602
*Bankruptcy Administrator*

/s/ Dana Rizor Burton
One of the Attorneys for Donna Landis
