IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE:                              *
                                    *
BELLE FOODS, LLC,                   *     CASE NO. 13-81963-JAC11
                                    *
    Debtor.                         *

## OBJECTION TO CURE AMOUNT

COME NOW John White-Spunner, The John White-Spunner Children's Trust, The Extended Trust Agreement f/b/o Jay White-Spunner's Children Dated October 31, 2002, Jay E, L.L.C., John Rudolph Turner, and Marl M. Cummings, III (Lessors for Belle Foods Store No. 309), and object to the cure amounts listed by the Debtor for such store. As grounds for this objection, such Lessors state that the actual cure amount is $37,916.20, composed of the following:

| | |
|---|---:|
| Insurance | $23,520.76 |
| 1st quarter 2013 common area maintenance | 4,714.34 |
| 2nd quarter 2013 common area maintenance | 4,560.91 |
| 3rd quarter 2013 common area maintenance | 5,120.19 |
| Total | $37,916.20 |

ANDERS, BOYETT & BRADY, P.C.


/s/ David A. Boyett, III
DAVID A. BOYETT, III
Attorneys for the Above-Named Lessors
One Maison Suite 203
3800 Airport Boulevard
Mobile, Alabama 36608
Phone: (251) 344-0880
Fax: (251) 344-3708
E-mail: dboyett@abblawfirm.com


**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2013 I filed the foregoing document electronically using the Court's CM/ECF filing system, which will send notice of such filing to all parties or counsel of record, and also that I served a copy of such document by first class U.S. mail on the following:

D. Christopher Carson, Esq.
Burr & Forman LLP
420 20th Street N. #3400
Birmingham, Alabama 35203

Richard M. Blythe, Esq.
Assistant U.S. Bankruptcy Administrator
Seybourn H. Lynne Federal Building
P.O. Box 3045
Decatur, Alabama 35602

David M. Posner, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

R. Scott Williams, Esq.
Haskell Slaughter Young & Rediker
2001 Park Place
Suite 1400
Birmingham, Alabama 35203

Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
Wilmington, Delaware 19801

Richard P. Carmody, Esq.
Adams & Reese LLP
Regions Harbert Plaza
1901 6th Avenue N.
Suite 3000
Birmingham, Alabama 35203

          /s/ David A. Boyett, III