IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BELLE FOODS, LLC, | ) | BANKRUPTCY CASE NO. 13-81963-JAC |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

## OBJECTION TO CURE AMOUNT

Comes now Wright/Hurd Properties, LLC, Lessor for Belle Foods Store No. 234, which objects to the cure amounts listed by the Debtor for this store. As grounds for this Objection, Wright/Hurd Properties, LLC states that the actual cure amount is $38,721.70, all as shown on the statement attached hereto as Exhibit "A".

DATED this 16th day of September, 2013.

/s/ Randolph M. Fowler
Randolph M. Fowler
Phelps, Jenkins, Gibson & Fowler, L.L.P.
Attorneys for Wright/Hurd Properties, LLC
P. O. Box 020848
Tuscaloosa, AL 35402-0848
Telephone: (205) 345-5100
E-Mail: rfowler@pjgf.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013 the forgoing Notice of Appearance And Request For Service was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notice in the this matter and by first class U.S. mail on the following:

D. Christopher Carson, Esq.
Burr & Forman, LLP
420 20th Street N. #3400
Birmingham, AL 35203

Richard M. Blythe, Esq.
Assistant U.S. Bankruptcy Administrator
Seybourn H. Lynne Federal Building
P. O. Box 3045
Decatur, AL 35602

David M. Posner, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York NY 10169-0075

R. Scott Williams, Esq.
Haskell Slaughter Young Rediker
2001 Park Place Suite 1400
Birmingham, AL 35203

Richard S. Cobb, Esq.
Landis Rath & Cobb, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Richard P. Carmondy, Esq.
Adams & Reese, LLP
Regions Harbert Plaza
1901 6th Avenue N. Suite 3000
Birmingham, AL 35203

/s/ Randolph M. Fowler
Of Counsel

\\server2k3exg\users\Cmfls\Wright-Hurd\Bafo Foods\OBJECTION.09.16.13.rtf

Food World
1/1/2013 - 9/23/2013

| Food World #234 | | Based on 42057 sq ft | Per email from JH to FW | | | |
|---|---|---|---|---|---|---|
| | | s/b 42921 | Start using April 2013 | | | |
| Commencement date June 1986 | | | | | | |
| | | | | | | |
| Service | Sq Ft | 2011 | | 2012 | | 1/1 - 9/13/13 |
| Lawn Care | 42,057 | 2,901.66 | | 3,105.59 | | 2,205.00 |
| Misc Cont | 42,057 | 4,413.74 | | 2,765.02 | | 1,589.02 |
| Misc Mat | 42,057 | | No receipt | | | 0.00 |
| Parking Lot Mnt | 42,057 | 4,468.69 | w/o 9/6 receipt | 4,874.93 | | 3,647.71 |
| Lia Prop Ins | 42,057 | 9,505.95 | | 7,024.58 | | 3,886.83 6 mos |
| Parking Lights | 42,057 | 3,040.15 | | 3,016.15 | | 2,086.21 |
| Pylon Signs | 42,057 | 628.16 | | 392.43 | | 245.04 |
| | | 24,958.35 | Bill Annually pd | 21,178.70 | Bill Annually pd | 13,659.81 |
| | Per Lease | | | | | |
| Property Tax | 42,057 | 25,729.73 | Billed Direct pd | 25,729.72 | Billed Direct pd | 25,061.89 |
| | Per Lease | | | | | 25,061.89 38,721.70 Amount Due |
| | | pd 15452.40 and 9505.95 Also paid last years ins 8897.65 | | | | |

**EXHIBIT "A"**