IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-81963-JAC11 |
| BELLE FOODS, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE IN CHAPTER 11 CASE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for HPA ST. FRANCIS, LLC and HPA NORTHRIDGE, LLC and pursuant to Rules 2002, 9007 and 9001(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby requests that all notices given or required to be given and all papers or pleadings served or required to be served in this Chapter 11 case be delivered and served upon HPA ST. FRANCIS, LLC or HPA NORTHRIDGE, LLC at the address of its counsel as set forth below:

>Jackson E. Duncan, III, Esq.
>JACKSON E. DUNCAN, III, LLC
>Post Office Box 16010
>Huntsville, Alabama   35802
>E-Mail - jduncan@jedllc.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor, its property or any related adversary proceeding.

PLEASE TAKE FURTHER NOTICE that HPA ST. FRANCIS, LLC AND HPA NORTHRIDGE, LLC do not intend for this notice or appearance or any later appearance, pleading, claim or suit to constitute a wavier of (1) the right of HPA ST. FRANCIS, LLC or HPA NORTHRIDGE, LLC to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of HPA ST. FRANCIS, LLC or HPA NORTHRIDGE, LLC to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of HPA ST. FRANCIS, LLC and HPA NORTHRIDGE, LLC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which either HP ST. FRANCIS, LLC or HPA NORTHRIDGE, LLC is or may be entitled.

        */s/ Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for HPA ST. FRANCIS, LLC and
    HPA NORTHRIDGE, LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has been served via ECF, which provides notice to all parties of record in these proceedings.

        */s/ Jackson E. Duncan, III*
Of Counsel for HPA ST. FRANCIS, LLC
and HPA NORTHRIDGE, LLC

File No. 2013.0024