## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC      CASE NO.: 13-81963-JAC11      MONTH ENDING: 7/28-8/24/2013

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1.   YES _X_ NO____   All post petition business taxes have been paid/deposited and the deposit slips are attached. See attached Officer's Declaration.

     YES _X_ NO____   All post petition individual taxes have been paid and the deposit slips are attached.   See attached Officer's Declaration.

     If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.   YES _X_ NO____   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

     If no, enter:      TYPE_____not in force.

                        TYPE_____not in force.

3.   YES _X_ NO____   New books and records were opened and are being maintained daily.

4.   YES _X_ NO____   Copies of all banks statements and reconciliations are attached .
                        See attached Officer's Declaration.

5.   YES _X_ NO____   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.   YES _X_ NO____   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9·16·13                                    _____
                                                RESPONSIBLE PARTY
Phone No. 205-712-4701

Bankruptcy Administrator Form - Business BA-01

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC          CASE NO.: 13-81963-JAC11     MONTH ENDING: 7/28-8/24/2013

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|

INCOME STATEMENT
-Accrual    (Circle One)    -Cash (circled)

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) 5,920,750

B.  RECEIPTS:

   Accounts Receivable from
   Form BA-02(A)-Line II(C)    11,134

   Cash Sales    23,328,845

   Loan Proceeds    - 0 -
   from_____

   Sale of Property    1,669,734
   (Not in ordinary
   course of business)

   Other Sales Tax    1,709,218

      Pass Thrus    3,493,754

C.  TOTAL RECEIPTS    30,212,685
    (Total of B)

D.  BUSINESS DISBURSEMENTS
    FROM FORM BA-02(B)    33,668,296

E.  SURPLUS OR DEFICIT    <3,455,611>
    (C minus D)

F.  CASH ON HAND (End)    2,465,139
    (A plus E)

1.  REVENUE FROM TOTAL
    SALES    $ 23,328,845

2.  LESS COST OF THOSE
    SALES    15,744,175
    (Cost of materials,
    Labor, etc.)

3.  EQUALS GROSS
    PROFIT (1 minus 2)    7,584,670

4.  LESS OPERATING
    EXPENSES    9,082,103

5.  EQUALS NET PROFIT
    OPERATIONS
    (3 minus 4)    <1,497,433>

6.  NON-OPERATING
    INCOME/EXPENSES
    (LIST SPECIFIC
    INCOME/EXPENSES)

    Restructuring Expense    1,169,886

    _____    _____

    _____    _____

7.  EQUALS NET PROFIT
    OR NET LOSS    $ <2,667,319>
    (5 plus or minus 6)

*Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9·16·13 _____

_____
RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC          CASE NO. 13-81963-JAC11     MONTH ENDING: 7/28-8/24/2013

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

    A.   Amount collected this month on accounts
        receivable charged and paid this month.              $         - 0 -

    B.   Amount collected this month on accounts
        receivable charged in prior months
        and paid this month.                                 $        11,134

    C.   TOTAL collected this month on accounts
        receivable.                                          $        11,134

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
|  | $    5,138 | 2,180 | 1,494 | 531 | $    9,343 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | $    5,138 | 2,180 | 1,494 | 531 | $    9,343 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _9.16.13_____            _____
                                          RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC     CASE NO.: 13-81963-JAC11     MONTH ENDING: 7/28-8/24/2013

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

| | |
|---|---:|
| ACCOUNTING FEES.............................................$ | |
| ADVERTISING................................................. | 316,796 |
| AUTOMOBILES/VEHICLES (repairs & maintenance)............. | |
| COMMISSIONS/CONTRACT LABOR................................. | |
| INSURANCE (TOTAL).......................................... | 583,664 |
|    AUTO             $ | |
|    LIABILITY | |
|    LIFE | |
|    MEDICAL | |
|    CASUALTY | |
|    FIRE & THEFT | |
|    WORKMAN'S COMP. | |
|    OTHER | |
| INTEREST PAID.............................................. | |
| INVENTORY PURCHASED........................................ | 16,253,279 |
| LEGAL FEES................................................. | |
| POSTAGE.................................................... | |
| RENT/LEASE PAYMENTS ON REAL ESTATE........................ | 2,091,079 |
| REPAIRS & MAINTENANCE...................................... | 382,827 |
| SALARIES/WAGES PAID........................................ | 2,731,599 |
| SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]............... | |
| SUPPLIES (TOTAL)........................................... | 130,770 |
|    OFFICE         $ | |
|    OPERATING | |
| TRAVEL & ENTERTAINMENT..................................... | |
| TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................. | 2,322,252 |
| UNSECURED LOAN PAYMENTS.................................... | |
| UTILITIES (TOTAL).......................................... | 722,595 |
|    ELECTRICITY     $ | |
|    GAS | |
|    TELEPHONE | |
|    WATER | |
|    OTHER | |
| OTHER BUSINESS DISBURSEMENTS   See attached. | |
| (Specify)                        $ | 8,133,435 |
| TOTAL BUSINESS DISBURSEMENTS.........................$ | 33,668,296 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 9.16.13

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC          CASE NO.: 13-81963-JAC11      MONTH ENDING: 7/28-8/24/2013

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

1. __X__ Secured loan payments as described below have been paid this month.
   (Check, if true.)

2. _____ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| Southern Family Markets, LLC | 1,464,299 | August | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE __9.16.13__                              _____
                                              RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC        CASE NO.:13-81963-JAC11      MONTH ENDING:7/28-8/24/2013

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| August 1, 2013 | 897,860 | 147,497 | 147,497 | 25,883 | 823 |
| August 8, 2013 | 889,676 | 146,394 | 146,394 | 25,824 | 816 |
| August 15, 2013 | 843,334 | 139,481 | 139,481 | 24,580 | 749 |
| August 22, 2013 | 764,279 | 127,278 | 127,278 | 23,553 | 671 |
| | | | | | |
| TOTAL | 3,395,149 | 560,650 | 560,650 | 99,840 | 3,059 |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| August 1, 2013 | 220,268 | 1,322 | 1,322 | 6,158 |
| August 8, 2013 | 212,797 | 1,277 | 1,277 | 6,102 |
| August 15, 2013 | 196,943 | 1,182 | 1,182 | 5,752 |
| August 22, 2013 | 167,618 | 1,006 | 1,006 | 4,839 |
| | | | | |
| TOTAL | 797,626 | 4,787 | 4,787 | 22,851 |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| August 31, 2013 | Sales | 1,620,016 | September 20, 2013 | Sales | 1,620,016 |
| August 31, 2013 | Use | 10,647 | September 20, 2013 | Use | 10,647 |
| August 31, 2013 | Rental | 402 | September 20, 2013 | Various | 402 |
| TOTAL | | 1,631,065 | | | 1,631,065 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  9.16.13

RESPONSIBLE PARTY

### Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC        CASE NO.: 13-81963-JAC11        MONTH ENDING: 7/28-8/24/2013

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| See attached. | | | | |
| | | | | |
| | | | | |
| | | | | |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1    (Name)_____ | $_____ | |
| Officer #2    (Name)_____ | $_____ | |
| Other Officer  (Name)_____ | $_____ | |
| Employees (Number) See attached. | $_____ | |
| Employees (Relatives) _____ | $_____ | |
| Name _____ | $_____ | |
| Name _____ | $_____ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $        25,635,509 |
| Inventory - Purchased this Month - CASH | $        16,253,279 |
| Inventory - Purchased this Month - CREDIT | $_____ |
| Inventory - End of Month (COST) | $        20,124,093 |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

__X__ A. No payments on pre-petition debts have been made this month.

_____ B. The following payments have been made this month to unsecured
         creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  9-18-13 _____        _____
                                        RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: BELLE FOODS, LLC          CASE NO.: 13-81963-JAC11          MONTH ENDING: 7/28-8/24/2013

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

__X__ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Estimated | 125,000 | $ | $ | $ | $ 125,000 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| **TOTALS** | 125,000 | $ | $ | $ | $ 125,000 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  9·16·13                                    _____
                                                 RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)



In re:Belle Foods LLC                                           Chapter 11

Debtor                                                          Case 13-81963

### BUSINESS DEBTOR'S AFFIRMATIONS

September15, 2013

Subject:  Monthly Operating Report for the period July 28, 2013 to August 24, 2013 – Declaration Regarding the Status of Bank Reconciliations

Johnathan  A. Ogzewalla hereby declares under penalty of perjury:

1.   I am the Vice President of Finance of Belle Foods LLC, the above captioned debtor and debtor in possession (collectively the" Debtor"). I am familiar with the Debtor's day-to-day operations, business affairs and books and records.

2.   All statements in this Declaration are based on my personal knowledge, my review of the relevant documentation, my discussions with other employees of the Debtor, or my opinion based upon my experience and knowledge of the Debtor's operations and financial condition.  If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of the documentation or opinion.  I am authorized to submit this Declaration on behalf of the Debtor.

3.   To the best of my knowledge, the Debtor has, on a timely basis, performed all bank account reconciliations in the ordinary course of its business in an accurate and timely manner.

Name: Johnathan  A. Ogzewalla
Vice President  - Finance

Sworn to and Subscribed
Before me on this  _16th_
Day of _September_ , 2013

_Karen G. Sickles_
Notary Public

My Commission Expires:  _10/24/15_



In re: Belle Foods, LLC                                                    Chapter 11

Debtor                                                                          Case 13-81963

**BUSINESS DEBTOR'S AFFIRMATIONS**

Sepetember 15, 2013

Subject: Monthly Operating Report for the period July 28, 2013 to August 24, 2013 – Declaration
Regarding the Status of Post-Petition Taxes

Johnathan A. Ogzewalla hereby declares under penalty of perjury:

4.  I am the Vice President – Finance of Belle Foods LLC, the above captioned debtor and debtor in
    possession (collectively the" Debtor"). I am familiar with the Debtor's day-to-day operations,
    business affairs and books and records.

5.  All statements in this Declaration are based on my personal knowledge, my review of the
    relevant documentation, my discussions with other employees of the Debtor, or my opinion
    based upon my experience and knowledge of the Debtor's operations and financial condition. If
    I were called upon to testify, I could and would testify to each of the facts set forth herein based
    on such personal knowledge, review of the documentation or opinion. I am authorized to
    submit this Declaration on behalf of the Debtor.

6.  To the best of my knowledge, the Debtor has filed all necessary federal, state and local tax
    returns and made all post-petition tax payments in connections therewith on a timely basis or
    have promptly remediated any late filings or payments that may have occurred due to
    unintentional oversights.

Name: Johnathan A. Ogzewalla
Vice President - Finance

Sworn to and Subscribed
Before me on this ___16th___
Day of _September_, 2013

_Karen G. Sickler_
Notary Public

My Commission Expires: ___10/24/15___

**BELLE FOODS LLC**
CASE: 13-81963-JAC11
August, 2013 MOR Attachment
Income Statement Detail (Cash)

COST OF SALES:

| | |
|---|---:|
| Purchases | 16,253,279 |
| Vendor Rebates | (509,104) |
| | 15,744,175 |

OPERATING EXPENSES:

| | |
|---|---:|
| Labor, including P/R Tax Expense | 3,911,259 |
| Union Dues/Pension | 400,456 |
| Utilities | 722,595 |
| Rents/Lease Expense | 2,091,079 |
| Repairs/Maintenance | 382,827 |
| Insurance | 583,664 |
| Supplies | 130,770 |
| Other Store Operating Expense | 17,704 |
| Travel and Entertainment | |
| Marketing | 316,796 |
| Bank/Credit Card Fees | 194,866 |
| Contract Services (I/T) | 169,384 |
| Other | 160,703 |
| | 9,082,103 |

NON OPERATING INCOME/(EXPENSES)

| | |
|---|---:|
| Restructuring Costs | |
| Professional Fees | 1,169,886 |

**BELLE FOODS LLC**
CASE: 13-81963-JAC11
August, 2013 MOR Attachment
Business Debtor's Actual Disbursements

Other

| | |
|---|---:|
| Payroll Tax Expense | 283,106 |
| Union Pension | 400,456 |
| Vendor Rebates | (509,104) |
| Contract Services - I/T | 169,384 |
| Bank/Credit Card Fees | 194,866 |
| Miscellaneous | 461,937 |
| Pass- Thrus (Western Union) | 4,146,615 |
| Adequate Protection Payments | 150,000 |
| Secured Lender Payments | 1,464,299 |
| Cost of Sales (Not in Ordinary Course) | 202,000 |
| Restructuring Expenses | 1,169,886 |
| | 8,133,445 |

**BELLE FOODS LLC**
CASE: 13-81963-JAC11
August, 2013 MOR Attachment
Business Debtor's Bank Accounts

| Bank | Account No. | Account Type | Account Name | Statement Balance | Date | Indicate Pre or Post Petition Account |
|------|-------------|--------------|--------------|-------------------|------|---------------------------------------|
| Cadence | 5001120426 | Checking | Master Collection | - | 8/24/2013 | Post Petition |
| Cadence | 5001120434 | Checking | Master Disbursement | 253,072 | 8/24/2013 | Post Petition |
| Cadence | 5001120442 | Checking | AP Disbursement | 318,457 | 8/24/2013 | Post Petition |
| Cadence | 5001120459 | Checking | Payroll | 287,929 | 8/24/2013 | Post Petition |
| Cadence | 5001120467 | Checking | AR | 24,927 | 8/24/2013 | Post Petition |
| Cadence | 5001120475 | Checking | AMEX | - | 8/24/2013 | Post Petition |
| Cadence | 5001120483 | Checking | Debit Card | - | 8/24/2013 | Post Petition |
| Cadence | 5001120491 | Checking | Visa/MC/Discover | - | 8/24/2013 | Post Petition |
| Cadence | 5001120509 | Checking | ECC Deposit | - | 8/24/2013 | Post Petition |
| Cadence | 5001120517 | Checking | Lottery | 9,811 | 8/24/2013 | Post Petition |
| Cadence | 5001120525 | Checking | Store Deposit | 73,964 | 8/24/2013 | Post Petition |
| Cadence | 5001120533 | Checking | Western Union | - | 8/24/2013 | Post Petition |
| Cadence | 5001120541 | Checking | Coinstar, Global, Blackhawk | - | 8/24/2013 | Post Petition |
| Cadence | 5001120558 | Checking | Sales T ax | 1,277,643 | 8/24/2013 | Post Petition |
| Cadence | 5001120582 | Checking | Western Union In/Out | 99,439 | 8/24/2013 | Post Petition |
| Regions | 122812644 | Checking | Main Account | 119,897 | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143045010 | Checking | Visa/MC/Discover | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143045002 | Checking | AMEX | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044997 | Checking | Debit Card | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044922 | Checking | Store Deposit | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044971 | Checking | ECC Deposit | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044963 | Checking | Western Union | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143045028 | Checking | Coinstar, Global, Blackhawk | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044955 | Checking | Lottery | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044930 | Checking | AR Lock Box | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143045044 | Checking | Master Disbursement | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 1000143044914 | Checking | Master Collection | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 8800627609 | Checking | Payroll | Closed | 8/24/2013 | Pre/Post Petition |
| SunTrust | 8800627591 | Checking | AP Disbursement | Closed | 8/24/2013 | Pre/Post Petition |

**BELLE FOODS LLC**
CASE: 13-81963-JAC11
August, 2013 MOR Attachment
Gross Payroll

| | Name | Number | Amount |
|---|---|---|---|
| Officers: | | | |
| | Jeffrey Ashland | | $ 11,154 |
| | Scott Bayne | | 14,904 |
| | James Harris | | 6,731 |
| | Johnathan Ogzewalla | | 12,308 |
| | Jacob Skousen | | 12,019 |
| | Jeffrey White | | 19,231 |
| | William White | | 38,462 |
| | | | |
| Employees | | 2,350 | 3,262,624 |
| Relatives | | | |
| | Myles Eastman | | 1,754 |
| | Evan Gibson | | 3,077 |
| | Jonathan Harris | | 3,461 |
| | Bradford Jorgensen | | 3,270 |
| | Michael Jury | | 6,154 |