IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BELLE FOODS, LLC, | ) Chapter 11 |
| | ) Case No. 13-81963-11 |
| Debtor. | ) |
| | ) |

## OBJECTION AND RESERVATION OF RIGHTS OF SOUTHERN FAMILY MARKETS LLC REGARDING AMENDED CURE SCHEDULE

COMES NOW, Southern Family Markets LLC ("SFM"), for itself and on behalf of the other non-debtor counterparties to the IP License and Unitary Lease (each as defined below), and submits this objection and reservation of rights (the "Objection and Reservation of Rights") regarding the Debtor's Amended Cure Schedule (as defined below):

### BACKGROUND

1. On August 12, 2013, this Court entered the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (A) Authorizing Postpetition Financing, (B) Authorizing Use of Cash Collateral, (C) Granting Adequate Protection, and (D) Granting Related Relief* [Docket No. 340] (the "Final DIP Order"). Pursuant to the Final DIP Order, the Court approved a refinancing (the "Roll Up") of the Prepetition Obligations (as defined in the Final DIP Order) in an amount provided in the Amended DIP Term Sheet (as defined in the Final DIP Order).

2. Also on August 12, 2013, the Court Entered the *Order (A) Approving Bid Procedures Relating to Sale of Certain of The Debtor's Assets; (B) Scheduling a Hearing to Consider the Sale; (C) Establishing Notice and Procedures Related to the Assumption and Assignment of Certain Contracts and Leases; and (D) Granting Related Relief* [Docket No. 341]

(as amended,[1] the "Bid Procedures Order").

3. Pursuant to the Bid Procedures Order, on September 13, 2013, the Debtor filed a Notice of Amended Cure Schedule [Docket No. 506], attaching thereto a Cure Schedule as required by the Bid Procedures Order (the "Amended Cure Schedule").[2] The Amended Cure Schedule lists a "Unitary Lease" (the "Unitary Lease") by and between the Debtor and "Southern Family Markets LLC, as Administrative Agent," with a cure amount of "$0.00," and an "Intellectual Property License Agreement" (the "IP License") by and between "Southern Family Markets LLC, Piggly Wiggly LLC, and Surry Licensing LLC," also with a cure amount of "$0.00."

4. Pursuant to the Bid Procedures Order, any objection to the Amended Cure Schedule must be in writing and filed with the Court and served on the Notice Parties (as defined in the Bid Procedures Order) no later than 5:00 p.m. (Prevailing Central Time) on the date that is ten (10) calendar days prior to the date of the Sale Hearing, which date is September 17, 2013 (the "Cure Objection Deadline").

## OBJECTION AND RESERVATION OF RIGHTS

5. Pursuant to Bankruptcy Code[3] section 365(b), an executory contract or unexpired lease of the debtor that is in default may not be assumed unless, *inter alia*, such default is cured. The Debtor is in default under the IP License and Unitary Lease.

6. Certain amounts that are owed by the Debtor under the Unitary Lease and IP License have been reduced or eliminated by postpetition adjustments that include, *inter alia*, the Roll Up and adequate protection for the use of cash collateral approved by the Final DIP Order.

---

[1] *See* Docket. No. 448.
[2] The Debtor previously filed cure schedules pursuant to the Bid Procedures Order that were amended and superseded by the Amended Cure Schedule. *See* Docket Nos. 425, 2426, 459.
[3] 11 U.S.C. § 101, *et seq.*

Upon information and belief, following the entry of the Final DIP Order, the Debtor has paid or is expected to pay amounts owed under the Unitary Lease and IP License as they become due. However, SFM submits this Objection and Reservation of Rights to the extent that, upon the ultimate date of assumption and assignment of the Unitary Lease (or any sublease entered into arising out of the Unitary Lease) and/or IP License, amounts are owed that have not been satisfied by the Debtor, including, but not limited to, amounts for accrued CAM, insurance, and/or taxes that are payable under the Unitary Lease.

7.  SFM further submits this Objection and Reservation of Rights to reserve its right to assert that amounts are owed by the Debtor under the Unitary Lease (or any sublease entered into arising out of the Unitary Lease) and/or IP License (as "cure" or otherwise) in the event that any of the relief granted in the Final DIP Order—including the Roll Up and adequate protection for the use of cash collateral—is later set aside.

8.  SFM reserves the right to assert that the past or future payment of amounts arising under the Unitary Lease and/or IP License are not sufficient to "cure" the Debtor's defaults thereunder. SFM further reserves the right to amend this Objection and Reservation of Rights and to assert and file any and all additional claims of whatever kind or nature that it has or may hereafter have against the Debtor related to the Unitary Lease, IP License, or otherwise.

9.  Finally, SFM expressly reserves, on behalf of itself and its affiliates, the right to (i) object[4] to the assumption and assignment of the Unitary Lease, IP License, and/or any other executory contract or unexpired lease between SFM (including any of its affiliates) and the Debtor, whether or not such executory contract or unexpired lease is listed on the Amended Cure

---

[4] The deadline for such objection is set by the Bid Procedures Order as 5:00 p.m. (Prevailing Central Time) on September 20, 2013.

{369.012-W0027843.2}  3

Case 13-81963-JAC11    Doc 543    Filed 09/17/13    Entered 09/17/13 16:56:43    Desc
Main Document    Page 3 of 14

Schedule; and (ii) assert that the IP License is not an "executory contract" subject to Bankruptcy Code section 365.

Respectfully submitted this September 17, 2013.

/s/ Richard P. Carmody
Richard P. Carmody
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, Alabama 35023
Telephone: 205-250-5000
Facsimile: 205-250-5034
Email: richard.carmody@arlaw.com
*Attorneys for Creditors, Southern Family Markets, LLC*

***And,***

/s/ Richard S. Cobb
/s/ Matthew B. McGuire
/s/ Jeffrey R. Drobish
Richard S. Cobb
Matthew B. McGuire
Jeffrey R. Drobish
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
Telephone: 302-467-4400
Facsimile: 302-467-4450
Email: rcobb@lrclaw.com
Email: mmcguire@lrclaw.com
Email: jdrobish@lrclaw.com
*Attorneys for Creditors, Southern Family Markets, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that the forgoing **OBJECTION AND RESERVATION OF RIGHTS OF SOUTHERN FAMILY MARKETS, LLC REGARDING AMENDED CURE SCHEDULE** was filed this September 17, 2013, via the Court's electronic case filing and noticing system and thereafter served on all parties registered to receive electronic notice in this matter, and by electronic mail and U.S. Mail according to the attached Master Service List, and to the Notice Parties as hereinafter set forth.

/s/ Richard Carmody
Richard P. Carmody

## NOTICE PARTIES

D. Christopher Carson
Burr & Forman LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203
*Counsel for Debtor*

R. Scott Williams
Haskell Slaughter Young & Rediker
2001 Park Place
Suite 1400
Birmingham, AL 35203
*Counsel to the Committee*

Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Seybourn H. Lynne Federal Building
P. O. Box 3045
400 Well Street NE, Room 236
Decatur, AL 35602

David M. Posner
Otterbourg, Steindler, Houston & Rosen, PC
230 Park Avenue
New York, NY 10169-0075
*Counsel to the Committee*

**VIA ECF:**

Richard Blythe
Bankruptcy Administrator
United States Bankruptcy Court
Northern District of Alabama
P.O. Box 3045
Decatur, AL 35602
Richard_Blythe@alnba.uscourts.gov

3800 Airport Boulevard
Mobile, AL 36608
dboyett@abblawfirm.com

Counsel for Southern Family Markets,
LLC and C&S Wholesale Grocers, Inc.
David K. Bowsher
Richard P. Carmody
Russell J. Rutherford
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
david.bowsher@arlaw.com
richard.carmody@arlaw.com
russell.rutherford@arlaw.com

Counsel for Mrs. Stratton's Salads, Inc., BTC Wholesale
Distributors, Inc., Southern Food Groups, LLC (d/b/a
Brown's Dairy), Purity Dairies, LLC, Dean Dairy
Holdings, LLC (d/b/a Barber Dairies) and Mayfield Dairy
Farms, LLC
Stephen B. Porterfield
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
sporterfield@sirote.com

Counsel for Retail, Wholesale & Department Store
Union, Mid-South Council
George N. Davies
Quinn, Connor, Weaver, Davies & Rouco LLP
Mountain Brook Center, Suite 380
2700 Highway 280 East
Birmingham, AL 35223
gdavies@qcwdr.com

Counsel for Gulf Market Development, LLC, Saraland Loop
Road, L.L.C., Tuttle Papock Springhill, LLC, Northside, Ltd.,
John White-Spunner, The John White-Spunner Children's Trust,
The Extended Trust Agreement f/b/o Jay White-Spunner's
Children Dated October 31, 2002, Jay E, L.L.C., John Rudolph
Turner, and Marl M. Cummings, III
David A. Boyett, III
Anders, Boyett & Brady,
P.C. One Maison Suite 203

Counsel for the Debtor Belle Foods, LLC
D. Christopher Carson
Marc P. Solomon Brent
W. Dorner Burr &
Forman LLP 420 N
20th Street, Suite 3400
Birmingham, AL 35203
ccarson@burr.com
msolomon@burr.com
bdorner@burr.com

Counsel for Southern Family Markets, LLC and C&S
Wholesale Grocers, Inc.
Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
cobb@lrclaw.com

Counsel for Aronov Realty Management, Inc. and
Gulfdale Improvements, LLC
David L. Pollack
Ballard Spahr LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
pollack@ballardspahr.com

Counsel for SunTrust Bank
Ronald G. Steen, Jr.
Stites & Harbison PLLC
401 Commerce Street, Ste. 800
Nashville, TN 37219
ronald.steen@stites.com

Counsel for Pinebrook Properties, LLC, Goldring Gulf
Distributing, LLC, Allstate Beverage Co., LLC and Gulf
Distributing Co. of Mobile, LLC
Lawrence B. Voit
Silver, Voit & Thompson, Attorneys at Law,
P.C. 4317-A Midmost Drive
Mobile, AL 36609-5589
lvoit@silvervoit.com

73 v6

Counsel for Golden Flake Snack Foods, Inc.
Walter F. McArdle
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, Alabama 35203
wfm@spain-gillon.com

Counsel for Wright/Hurd Properties, LLC
Randolph M. Fowler
Phelps, Jenkins, Gibson & Fowler, L.L.P.
P. O. Box 020848
Tuscaloosa, AL 35402-0848
rfowler@pjgf.com

Counsel for Community Coffee Company, L.L.C.
David S. Rubin
Kantrow, Spaht, Weaver & Blitzer (APLC)
P.O. Box 2997
Baton Rouge, LA 70821-2997
david@kswb.com

Counsel for Flowers Baking Co. of Thomasville, LLC,
Flowers Baking Co. of Villa Rica, LLC, Flowers Baking
Co. of Birmingham, LLC, Flowers Baking Co. of
Tuscaloosa, LLC, Flowers Baking Co. of New Orleans,
LLC and Derst Baking Company, LLC
Todd C. Meyers
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
tmeyers@kilpatricktownsend.com

Counsel for Alabama Power Company
Eric T. Ray
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
eray@balch.com

Counsel for Green Springs, Ltd.
Rita H. Dixon
217 Country Club Park, PMB 515
Birmingham, AL 35213
ritadixon10@gmail.com

Counsel for Mercury Retail Services, LLC and The
News Group, LP
Jesse S Vogtle, Jr.
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
jvogtle@balch.com

Counsel for Graphic Media Solutions LLC
John C. Pennington
John C. Pennington, P.C.
18 Yonah Street
Helen, GA 30545
jcppc@windstream.net

Counsel for Cal-Maine Foods, Inc.
Justin B. Little
Reynolds, Reynolds & Little, LLC
P.O. Box 2863
Tuscaloosa, AL 35403-2863
jlittle@rrllaw.com

Counsel for Green Springs, Ltd.
Walter F. Scott, III
Galloway, Scott, Moss & Hancock, LLC
2200 Woodcrest Place, Suite 310
Birmingham, AL 35209
wfs3@gallowayscott.com

Counsel for Flowers Baking Co. of Thomasville, LLC,
Flowers Baking Co. of Villa Rica, LLC, Flowers Baking
Co. of Birmingham, LLC, Flowers Baking Co. of
Tuscaloosa, LLC, Flowers Baking Co. of New Orleans,
LLC and Derst Baking Company, LLC
Mark P. Williams
Norman, Wood, Kendrick and Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
mpwilliams@nwkt.com

Attorney for Marilyn E. Wood, Mobile County
Revenue Commissioner
Christopher Kern
P.O. Box 48
Mobile, AL 36601
chriskernlaw@comcast.net

Counsel for Trav-Ad Signs & Electric, Inc.
Angela S. Ary
Heard Ary, LLC
307 Clinton Ave. W., Suite 310
Huntsville, AL 35801
aary@heardlaw.com

Counsel for Airgas USA, LLC
Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, DE 19899
Kmiller@skfdelaware.com

Counsel for Nalley-Garrett Cochran, LLC
Jean Winborne Boyles
Johnson, Hearn, Vinegar, Gee & Glass, PLLC
P.O. Box 1776
Raleigh, NC 27602
jboyles@jhvgglaw.com

Counsel for S & L Mechanical, Inc.
William M. Hancock
Wolfe, Jones, Conchin, Wolfe, Hancock &
Daniel, LLC 905 Bob Wallace Avenue
Huntsville, AL 35801
bankruptcy@wolfejones.com

Co-Counsel for the Official Committee of
Unsecured Creditors
R. Scott Williams
Jennifer B. Kimble
Haskell Slaughter Young & Rediker, LLC
2001 Park Place, Suite 1400
Birmingham, AL 35203
rsw@hsy.com
jk@hsy.com

Co-Counsel for the Official Committee of Unsecured
Creditors
David M. Posner
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
dposner@oshr.com

Counsel for Electronic Imaging Services, Inc. d/b/a/
Vestcom Retail Solutions
James G. Henderson
Pritchard, McCall & Jones, L.L.C.
505 North 20th Street, Suite 800
Birmingham, AL 35203
jamesh@pm-j.com

Counsel for Red Diamond, Inc.
M. Lee Johnsey, Jr.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
ljohnsey@balch.com

Counsel for Thomas Dudley
S. Dagnal Rowe
P.O. Box 2168
Huntsville, AL 35804
drowe@wilmerlee.com

Counsel for Decatur Coca-Cola Bottling Company
Travis Stuart Jackson
Lanier, Ford, Shaver & Payne, P.C.
P.O. Box 2087
Huntsville, AL 35805
tsj@lanierford.com

Counsel for ACE American Insurance Company
David B. Anderson
Anderson Weidner, LLC
505 20th Street North, Suite 1450
Birmingham, AL 35203-4635
dbanderson@andersonweidner.com

Counsel for Baldwin EMC
W. Alexander Gray, Jr.
Silver, Voit & Thompson, Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609
agray@silvervoit.com

Counsel for Pensecola Supermarket Owners, LLC
R. Garth Ferrell
Mallgren & Ferrell, P.C.
8480 East Orchard Road, Suite 6500
Greenwood Village, CO 80111-5014
gferrell@mallgrenferrell.com

Counsel for Riverchase Lorna, L.P.
Robert Fehse
David J. Cocke
Evans Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
rfehse@evanspetree.com
dcocke@evanspetree.com

Counsel for STORE SPE Belle, LLC
Lisa M. Peters
Kutak Rock LLP 1650
Farnam Street Omaha, NE
68102
lisa.peters@kutakrock.com

Counsel for Lynn Haven Development Corporation
Thomas A. Nettles, IV
Espy, Nettles, Scogin and Brantley, P.C.
P.O. Box 2786
Tuscaloosa, AL 35403
tanttls@bellsouth.net

| | |
|---|---|
| Counsel for Bright-Meyers Dublin Associates, L.P.<br>Nicholas W. Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289<br>nwhittenburg@millermartin.com | Counsel for Pepsi Cola Decatur, LLC<br>Steven C. Sasser<br>Blackburn, Maloney & Schuppert, LLC<br>P.O. Box 1469<br>Decatur, AL 35602-1469<br>ssasser@bmsatty.com |
| Counsel for Mobile County License Commissioner<br>Missty C. Gray<br>Adams and Reese LLP<br>P.O. Box 1348<br>Mobile, Alabama 36633<br>missty.gray@arlaw.com | Counsel for Scottsboro Electric Power Board<br>John F. Porter, III<br>John F. Porter, III, P.C.<br>123 East Laurel Street<br>Scottsboro, AL 35768<br>jfplaw@scottsboro.org |
| Counsel for Associated Wholesale Group, Inc.<br>Mark Benedict<br>Husch Blackwell, LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112<br>mark.benedict@huschblackwell.com | Counsel for City of Hoover, Alabama<br>April B. Danielson<br>Waldrep Stewart & Kendrick, LLC<br>2323 Second Avenue North<br>Birmingham, AL 35203<br>adanielson@wskllc.com |
| Counsel for MRPM Cullman Services, LLC and Cullman Shopping Center, Inc.<br>Daniel D. Sparks<br>Bradley R. Hightower<br>Christian & Small LLP<br>505 North 20th Street, Suite 1800<br>Birmingham, AL 35203<br>ddsparks@csattorneys.com<br>brh@csattorneys.com | Counsel for Frito-Lay North America, Inc. and Bottling Group, LLC operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company<br>Joseph D. Frank<br>Frankgecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654<br>jfrank@fgllp.com |
| Counsel for James Beard and Sandra Beard<br>E.B. Harrison Willis<br>Cloud & Tidwell, LLC<br>201 Beacon Parkway West, Suite 400<br>Birmingham, Alabama 35209<br>hwillis@cloudtidwell.com | Counsel for 4324 Lillian Hwy LLC c/o Waterstone Southeast Holding Company LLC<br>A. Todd Darwin<br>Holcombe Bomar, P.A.<br>Post Office Drawer 1897<br>Spartanburg, SC 29304<br>tdarwin@holcombebomar.com |
| Counsel for S & P of Macon, Inc.<br>Judson E. Crump 25029<br>Planters Drive Daphne, AL<br>36526<br>jecrump.attorney@gmail.com | Counsel for Gershman Properties, LLC<br>John P. Kreis<br>John P. Kreis, PC<br>601 W. 5th St., 8th Floor<br>Los Angeles, CA 90071<br>jkreis@kreislaw.com |
| Counsel for Microsoft Corporation and Microsoft Licensing GP<br>Maria A. Milano<br>Riddell Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>mmilano@riddellwilliams.com | Counsel for Donna Landis<br>Dana Rizor Burton Higgs &<br>Emerson 405 Franklin Street<br>Huntsville, AL 35801<br>dburton@higgsandemerson.com |

## VIA EMAIL (EQUITY SECURITY HOLDERS):

Jeffrey D. White
671 Summit Point
Birmingham, AL 35226
jeffwhitex@gmail.com

Jeffrey D. White Children's Trust
671 Summit Point
Birmingham, AL 35226
jeffwhitex@gmail.com

William D. White
2548 Willow Brook Circle
Birmingham, AL 35242
BelleFoods@aol.com

William D. White Children's Trust
2548 Willow Brook Circle
Birmingham, AL 35242
BelleFoods@aol.com

## VIA E-MAIL:

STORE SPE Belle, LLC
Michael T. Bennett, Executive VP - Operations
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mbennett@storecapital.com

STORE Capital
Michael J. Zieg, Executive VP-Portfolio Management
8501 E. Princess Drive, Suite 190
Scottsdale, AZ 85255
mzieg@storecapital.com

Counsel for STORE SPE Belle, LLC
Jeff Wegner
Kutak Rock LLP 1650 Farnam
Street Omaha, NE 68102
jeffrey.wegner@kutakrock.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Jeffery S. DeArman
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35023
jeffery.dearman@arlaw.com

Counsel for Flowers Baking Co. of Thomasville, LLC, Flowers Baking Co. of Villa Rica, LLC, Flowers Baking Co. of Birmingham, LLC, Flowers Baking Co. of Tuscaloosa, LLC, Flowers Baking Co. of New Orleans, LLC and Derst Baking Company, LLC
Matthew W. Levin
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309-4530
mlevin@kilpatricktownsend.com

Counsel for Southern Family Markets, LLC and C&S Wholesale Grocers, Inc.
Jeffrey R. Drobish
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
drobish@lrclaw.com
mcguire@lrclaw.com

Counsel for Southern Food Groups, LLC (d/b/a Brown's Dairy), Dean Dairy Holdings, LLC (d/b/a Barber Dairies and d/b/a Purity Dairies, LLC) and Mayfield Dairy Farms, LLC
Mark H. Ralston
Estes, Okon, Thorne & Carr, PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
mralston@estesokon.com

Co-Counsel for the Official Committee of Unsecured Creditors
Gianfranco Finizio
Scott L. Hazan
Jessica M. Ward
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
gfinizio@oshr.com
shazen@oshr.com
jward@oshr.com

Counsel for Community Coffee Company, L.L.C. W. Carlos Spaht
Kantrow, Spaht, Weaver & Blitzer (APLC)
P.O. Box 2997
Baton Rouge, LA 70821-2997
carlos@kswb.com

Airgas USA, LLC
David Boyle
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087
david.boyle@airgas.com

Counsel for Retail, Wholesale & Department Store Union, Mid-South Council Amy D. Gundlach
Quinn, Connor, Weaver, Davies & Rouco LLP
Mountain Brook Center, Suite 380
2700 Highway 280 East
Birmingham, AL 35223
agundlach@qcwdr.com

Counsel for Gershman Properties, LLC
Kenneth J. Schelberg Schelberg
& Ross LLP 15048 Rayneta
Drive Sherman Oaks, California 91403
kschelberg@schelross.com

The Food Partners, LLC
Matthew S. Morris
5335 Wisconsin Avenue, NW, Suite 410
Washington, DC 20015
msmorris@thefoodpartners.com

Counsel for Balboa Retail Partners, LLC
Lisa Wolgast
Morris, Manning & Martin, LLP
3343 Peachtree Road, N.E., Suite 1600
Atlanta, GA 30326
lwolgast@mmmlaw.com

Counsel for Pepsi Cola Decatur, LLC
Kenneth M. Schuppert, Jr.
Blackburn, Maloney & Schuppert, LLC
P.O. Box 1469
Decatur, AL 35602-1469
kschuppert@bmsatty.com

Counsel for Mercury Retail Services, LLC
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201
d'apice@sbep-law.com

IBM Corporation
Patricia Di Bello
National Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, Quebec H2X 3R7
Canada
pdibello@ca.ibm.com

Counsel for Electronic Imaging Services, Inc. d/b/a/ Vestcom Retail Solutions
Brian Rosenthal
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893
brosenthal@roselawfirm.com

Counsel for Pensecola Supermarket Owners, LLC
Anthony K. Mallgren
Mallgren & Ferrell, P.C.
8480 East Orchard Road, Suite 6500
Greenwood Village, CO 80111-5014
amallgren@mallgrenferrell.com

The Food Partners, LLC
James Floyd
7000 David Lane
Colleyville, TX 76034
jfloyd@thefoodpartners.com

Counsel for Mondelez Global, LLC
Glenn C. Thompson
Hamilton Stephens Steele & Martin, PLLC
201 South College Street, Suite 2020
Charlotte, NC 28244
gthompson@lawhssm.com

Counsel for Frito-Lay North America, Inc. and Bottling Group, LLC operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company
Jeremy C. Kleinman
Frankgecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
jkleinman@fgllp.com

**VIA U.S. MAIL (STORE LANDLORDS):**

Lynn Haven Development Corp.
P.O. Drawer 1460
Tuscaloosa, AL 35403

HPA Northridge LLC c/o
Equity Investment Group
111 E. Wayne Street, #500
Fort Wayne, IN 46802

COMM 2006-FL12 Grocery Stores Master SPE, LLC
Steven D. Ferreira, RPA
LNR Partners, LLC
1601 Washington Ave, Suite 700
Miami Beach, FL 33139

COMM 2006-FL12 Grocery Stores Master SPE, LLC
c/o McKinley, Inc.
PO Box 3125
Ann Arbor, MI 48106-3125

University Mall LLC
Aronov Realty Mgmt Inc.
P.O. Box 235021
Montgomery, AL 36123

Starkville Grocery Owners
LLC c/o AAG Management
421 7th Avenue
New York, NY 10001

Wright-Hurd Properties
1418 Greensboro Ave., Ste. B
Tuscaloosa, AL 35401

Highway 69 Properties LLC
402 17th Avenue
Tuscaloosa, AL 35401

Multiple Properties LTD
c/o Cummings & Associates, Inc.
P.O. Drawer 16227
Mobile, AL 36616-0227

Rochester-Mobile LLC and Salzman-Mobile LLC c/o Calkain Asset Management 11150 Sunset Hills Rd, Ste 300 Reston, VA 20190

Tuttle Papock Springhill, LLC
c/o LW Cave Real Estate, Inc.
P.O. Box 81322
Mobile, AL 36689

Saraland Loop Road, LLC
c/o White-Spunner & Associates, Inc.
Dept. 5086
P.O. Box 2153
Birmingham, AL 35287-5086

Saraland Loop Road, LLC
c/o White-Spunner & Associates, Inc.
P.O. Box 7475
Mobile, AL 36670-0475

Mount Corporation
132 Bala Avenue
Bala Cynwyd, PA 19004

B&D Associates II, LLC
P.O. Box 307
Ashburn, GA 31714-0307

BRC Dublin, LLC
c/o Blue Ridge Capital LLC
3715 Northside Parkway, Ste. 2-450
Atlanta, GA 30327

Cloverdale Station Inc.
c/o Phillips Edison & Company
11501 Northlake Dr.
Cincinnati, OH 45249-1669

Cloverdale Station Inc.
5195 Paysphere Circle
Chicago, IL 60674

Bright-Meyers Dublin Associates,
LP c/o Fletcher Bright Company
537 Market Street #400
Chattanooga, TN 37402

**VIA U.S. MAIL:**

Internal Revenue Service
District Director - Northern District of Alabama
P.O. Box 7346
Philadelphia, PA 19101-7346

Counsel for IBM Credit LLC
Paul Wearing
Special Handling Group - MD NC317
6303 Barfield Road
Atlanta, GA 30328

GE Capital Information Technology Solutions, Inc.
f/d/b/a IKON Financial Services
Christine Etheridge
Bankruptcy Administration
1738 Bass Road
Macon, GA 31208

{369.012-W0027772.}